1    UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF INDIANA
2             HAMMOND DIVISION

3   UNITED STATES OF AMERICA,            )
                                         )
4   vs.                                  )  No. 2:15-CR-00072
                                         )
5                                        )
    LAZARO FRANCISCO                     )
6   DELGADO-GONZALEZ, JR.,               )
                                         )
7     Defendant.                         )

8           TRANSCRIPT OF SENTENCING HEARING
                  NOVEMBER 20, 2017
9        BEFORE THE HONORABLE PHILIP P. SIMON
              UNITED STATES DISTRICT COURT
10

11  A P P E A R A N C E S:

12  FOR THE GOVERNMENT:        United States Attorney's Office
                               BY:   DEAN LANTER - AUSA
13                             5400 Federal Plaza, Suite 1500
                               Hammond, Indiana 46320
14                             Phone:  (219) 937-5500
                               Fax:    (219) 852-2770
15

16  FOR THE DEFENDANT:         King Brown & Murdaugh LLC
                               BY:   RUSSELL W. BROWN, JR.
17                             9211 Broadway
                               Merrillville, IN 46410
18                             219-769-6300
                               Fax: 219-769-0633
19                             rbrown@kbmtriallawyers.com

20  PROBATION:                 Andrew Koelndorfer - USPO

21  ALSO PRESENT:              Lazarro Francisco
                               Delgado-Gonzalez, Jr.
22

23

24  Proceedings reported by stenotype.  Transcript produced by

25  computer-aided transcription.

Angela Phipps, RMR, CRR, CSR, CCP
(219) 852-3616 - angela_phipps@innd.uscourts.gov

1    (The following proceedings were had in open court,

2      commencing at 10:05 a.m.)

3          **THE DEPUTY CLERK:**  All rise.

4          **THE COURT:**  You could be seated.

5      All right.  Good morning, everyone.  We're on the record

6    in 2:15-CR-72.  The case is United States vs. Lazaro Francisco

7    Delgado-Gonzalez, Junior.  We're here for the sentencing of the

8    defendant.  He's here with his lawyer, Mr. Brown; and

9    Mr. Lanter is here on behalf of the government.

10        The defendant appeared before me back on May 23rd of this

11   year, and he pled guilty to Count One of the Third Superceding

12   Indictment, charging him with racketeering or conspiracy to

13   participate in a racketeering activity relating to his

14   involvement with the Latin Kings.  I adjudged him guilty at

15   that time based on his plea, and I also ordered the preparation

16   of a presentence report at that time.

17        In the meantime, I've received a copy of the presentence

18   report, and there's been three separate addendums to the

19   presentence report.  One was filed on -- Well, it's

20   Document 991.  Then there was an addendum early this month.

21   It's 1144, the second addendum.  Then there was a third

22   addendum on November 8th.  That's Document No. 1148.

23        So I've reviewed all of that material, and I have also

24   reviewed the sentencing memoranda that I received from both the

25   defendant and government in this case.

1    So that's the sum total of the material that I have

2  reviewed for purposes of these proceedings.  Is that what I

3  have before me?  Mr. Brown?

4         **MR. BROWN:**  Yes, Your Honor.

5         **THE COURT:**  Mr. Lanter?

6         **MR. LANTER:**  Yes, Your Honor.

7         **THE COURT:**  All right.  Let me ask you this.

8  Mr. Brown, did both you and your client receive a copy of that

9  presentence report and the addenda that I've just referenced

10  sometime before the hearing today?

11         **MR. BROWN:**  We have, Judge.

12         **THE COURT:**  All right.  Mr. Delgado, did you -- Is

13  that what I should call you, Mr. Delgado?

14         **THE DEFENDANT:**  Yes, Your Honor.

15         **THE COURT:**  All right.  Mr. Delgado, did you have an

16  opportunity to thoroughly review the contents of the

17  presentence report with Mr. Brown before the hearing today?

18         **THE DEFENDANT:**  Yes, Your Honor.

19         **THE COURT:**  All right.  Mr. Lanter, I assume you also

20  received the report; right?

21         **MR. LANTER:**  Yes, Your Honor.

22         **THE COURT:**  So the presentence report and those

23  various addenda are now placed in the record under seal.  It's

24  directed that, if an appeal is taken, counsel on appeal shall

25  be permitted access to the sealed report.  It's further

directed that counsel on appeal are not permitted access to the recommendation section of that report.

So the addendum -- or the various addenda indicate or set forth the objections that have been raised by counsel that I need to resolve at the hearing today.

You know, this record is a little bit confused, frankly. It's a little different than normally the way it would be presented to me. But as far as I understand, the defendant has withdrawn their objection to drug quantity; is that correct, Mr. Brown?

MR. BROWN: That's correct, Your Honor.

THE COURT: You've withdrawn your objection relating to whether or not the defendant possessed a firearm during one of the incidents in the case; is that correct?

MR. BROWN: That's correct, Your Honor.

THE COURT: There's still a number of things that are in dispute that, frankly, very much could change the way I would view this case, candidly.

As I understand it, you are disputing that he stored a large quantity of marijuana that was later stolen and then he retrieved through a robbery; is that right?

MR. BROWN: That's correct, Your Honor.

THE COURT: You're disputing whether or not he possessed a gun during the various times that he was posting up in the neighborhood?

1      MR. BROWN:  That's part of the objection that we are

2 withdrawing, that -- that he possessed a firearm.

3      THE COURT:  Okay.  I'm happy to accept your

4 concession.  But just so I'm clear, I'm looking at Addendum

5 No. 3, Document 1148.  Number 2 says denies the following

6 allegations, that he possessed a gun while posting up.  Do you

7 see what I'm referencing?

8      MR. BROWN:  Yes, Your Honor.

9      THE COURT:  That has now been withdrawn?

10      MR. BROWN:  That's correct.

11      THE COURT:  So I can cross that off my list.

12  You're also disputing whether he continued to be involved

13 in the Latin Kings after 2010; is that right?

14      MR. BROWN:  That's correct, Judge.

15      THE COURT:  You're contending whether or not he shot

16 at a Two Six gang member at some point in time?

17      MR. BROWN:  That's correct.

18      THE COURT:  And whether or not he was ever involved

19 in any homicides; correct?

20      MR. BROWN:  That's correct.

21      THE COURT:  There's some allegation in the

22 presentence report that he provided a gun to a Latin King, who,

23 in turn, used that gun to shoot another gang member.  You're

24 denying that, as well; is that correct?

25      MR. BROWN:  That's correct.

1    THE COURT:  All right.  And maybe this is all sort of

2  the part of the same sort of large denial here; but on

3  November 6th, the government -- or November 3rd, the government

4  provided a whole bunch of additional information that it

5  evidently must have recently received from some flippers and

6  wanted to augment the factual basis that was set out in the

7  presentence report, and so there's a whole slew of allegations

8  that are contained in the second addendum, Document No. 1144.

9      As I understand it, those are all being disputed; is that

10  right?

11    MR. BROWN:  That's correct, Your Honor.

12    THE COURT:  Okay.  So have I fairly described what is

13  actually in dispute now?

14    MR. BROWN:  I believe so, Judge.

15    THE COURT:  Mr. Lanter?

16    MR. LANTER:  Yes, Your Honor.

17    THE COURT:  Okay.  So this is going to entail a great

18  deal of fact-finding.  So is the government -- I mean, I'm not

19  going to take your word for it, of course, so tell me what you

20  have in mind.

21    MR. LANTER:  Here's where the government is at.  The

22  government is not intending on presenting any evidence today.

23      The government's position is that these acts that he's

24  disputing do not affect the guideline range.  With our latest

25  submissions, the probation office included a two-point

1   enhancement for maintaining a drug residence or storing drugs

2   in a drug residence, and the acceptance was also taken away on

3   the basis of that.

4       The government has made the determination that we are not

5   going to present evidence on that two-point enhancement for a

6   number of reasons, one of which is other similarly situated

7   defendants in this case, including ones that are responsible

8   for much more drugs than Mr. Delgado, did not receive that

9   enhancement.  So for a number of reasons, we're not going to be

10  presenting evidence on that maintaining a drug house

11  enhancement.

12      Given that, the government at this point believes

13  Mr. Delgado is accepting responsibility in this case.

14      For a long time in this case, there were disputes about

15  the drug quantity that was foreseeable and the firearms

16  enhancement.  Had those been contested, the government would

17  have been presenting evidence to support those; but at this

18  point, given that the defendant has conceded that he was

19  responsible or foreseeable for three-and-a-half to five

20  kilograms of cocaine and that he did possess a firearm in the

21  course of the conspiracy, we took a close look at the things

22  that he was contesting, the things he was not contesting, and

23  determined today we would be just proceeding with the

24  sentencing on the basis of the things that he has admitted to

25  participating in doing throughout the course of the conspiracy

1    given that the guideline range is not affected by those other

2    things.

3            THE COURT:  So what is it that he's admitting to?  I

4    mean, he's admitting he's been involved in some drug

5    distribution on behalf of the Latin Kings --

6            MR. LANTER:  Yes.

7            THE COURT:  -- somewhere in the range you've all

8    agreed to.  I understand that.

9            MR. LANTER:  Yes.

10           THE COURT:  As far as it relates to gang activity, he

11   has admitted to that he posted up in the neighborhood, that

12   he --

13           MR. LANTER:  Correct.

14           THE COURT:  -- possessed a gun when he did that?

15           MR. LANTER:  Correct.  He's --

16           THE COURT:  But -- Well, go ahead.  I'm sorry.

17           MR. LANTER:  He's also admitted to selling pounds of

18   marijuana on behalf of the Latin Kings.  He has admitted to

19   shooting at an Imperial Gangster in 2010.  He has also admitted

20   to being present during at least one other shooting.  He is

21   denying that he did shoot at a Two Six gang member, which we

22   just discussed as part of Document 1148.

23       In the course of these cases, as the Court knows --

24           THE COURT:  Can I interrupt for a second.

25           MR. LANTER:  Yes.

1          THE COURT:   Just so I'm clear.  Because I thought he
2  was disputing whether he shot at an IG, paragraph 17, because
3  that's a big deal.

4      Here's the problem I have.

5          MR. LANTER:   Correct.

6          THE COURT:   Here's the problem I have.

7          MR. LANTER:   Yes.

8          THE COURT:   If everything that's in this presentence
9  report and this addendum that you've presented to me is
10  accurate, boy, I have one view of this case.

11      If it's that he hung out in the neighborhood, he posted up
12  on occasion, went to a few meetings, and maybe stored some
13  drugs on a couple of occasions, I have an entirely different
14  view of this case.

15      I mean, can you appreciate that from my point of view?

16          MR. LANTER:  I can.  I can.  I can.

17          THE COURT:   Even if I accept-- and I do --that the
18  guideline range in this case should be 27 and the range would
19  be 87 to whatever it is, I wouldn't be inclined to give a
20  sentence of 87 months if you can't prove all of these other
21  things.

22          MR. LANTER:   Okay.

23          THE COURT:   But, wow, if you can prove all those
24  other things, then I would be inclined to give a sentence
25  that's well within that range.

          MR. LANTER:  I mean, based on the reading of this,
it's our understanding that he is contesting shooting at a
Two Six gang member.  That's a different allegation than the
shooting at the IG gang member.

          THE COURT:  Mr. Brown, can you help me with that?

          MR. BROWN:  Your Honor, the incident with regards to
the Imperial Gangster gang member, if you recall, at the change
of plea hearing, there was testimony about an incident where
Mr. Delgado got shot in the neck.

          THE COURT:  Yeah.  Sure.

          MR. BROWN:  And he returned fire to those individuals
that were firing at him.  That is the shooting I believe that
is being referred to as shooting at an Imperial Gangster
member, so that he has admitted and will admit that he did, in
fact, fire at an IG.

          THE COURT:  What was he doing at the time?  Was he
sort of posting up in the neighborhood and it's one of the
deals where the IGs roll by and they opened on him and he opens
up on them, that kind of thing?

     (Inaudible discussion off the record between Defendant and
        Mr. Brown.)

          MR. BROWN:  He was in the neighborhood walking to his
Godmother's house, who was in the neighborhood.

          THE COURT:  I'm prepared to proceed with the
sentencing today.

MR. LANTER:   Yes.

THE COURT:   But I want to let you understand the concern --

MR. LANTER:   Absolutely.

THE COURT:   I have to operate on evidence and facts, and so --

MR. LANTER:   Correct.   Yes.

THE COURT:   Okay.   So, as I understand it, then, the government is not going to be providing any evidence today on any of those disputed factual matters that I've just delineated on the record.   Is that right, Mr. Lanter?

MR. LANTER:   Correct.

THE COURT:   Okay.   So there are these other two objections that Mr. Lanter referenced.   One is whether or not the defendant should receive a two-level enhancement for maintaining a residence for the primary purpose of storing drugs.   I'm going to sustain the objection in the absence of any evidence to support that and given that this would be a one-off for this defendant and it hasn't been applied to any other defendant in this case.   Frankly, I'm not sure that the enhancement would apply in any event.   I have no idea if it was stored there for ten minutes or ten months.   You know, I need evidence in order to support an enhancement.   So I'm going to sustain the objection.

I'm also going to sustain the objection to the defendant

1   not receiving a reduction for acceptance of responsibility.

2       So based on all of those findings, that would leave the

3   total offense level in this case of 30 -- I'm sorry, of 27.

4   The criminal history category is III.  And I understand that

5   the defendant has withdrawn their objection to the criminal

6   history category.  Is that right, Mr. Brown?

7               MR. BROWN:  That is correct, Your Honor.

8               THE COURT:  With all that being said then, the

9   guideline range would be as follows:  Based on an offense level

10  of 27 and a criminal history category of III, the range would

11  be 87 to 108 months; the fine range would be 25,000 to 250,000;

12  restitution is inapplicable; supervised release range would be

13  one to three years; and there's a special assessment of $100.

14      Based on all of the rulings and the stipulations that

15  we've just talked about, is that all accurate?

16      Mr. Brown?

17              MR. BROWN:  It is, Judge.

18              THE COURT:  Mr. Lanter?

19              MR. LANTER:  Yes, Your Honor.

20              THE COURT:  All right.  I do now accept the plea

21  agreement entered into between the United States and the

22  defendant filed with this Court back in May of this year.  The

23  Judgment and sentence will be consistent with it because I am

24  satisfied that the agreement adequately reflects the

25  seriousness of the actual offense behavior and that accepting

the plea agreement will not undermine the statutory purposes of
sentencing.

Okay.  So with all that being said, I'll turn it over to
you, Mr. Brown.  Is there anything you wish to say on the
defendant's behalf before I sentence him?

**MR. BROWN:**  We do, Judge.  On behalf of Mr. Delgado,
we actually do have two witnesses we would like to present --

**THE COURT:**  Fair enough.

**MR. BROWN:**  -- for more so the character evidence.

**THE COURT:**  Sure.

**MR. BROWN:**  At this time, we'll call Jade Portny.

**THE COURT:**  Ma'am, if you would please raise your
right hand to be sworn in.

(The oath was administered.)

**THE WITNESS:**  Yes.

**THE COURT:**  All right.  You may be seated.  Make sure
you speak right in the microphone there so I can hear you.

JADE PORTNY, DEFENDANT'S WITNESS, SWORN

DIRECT EXAMINATION

BY MR. BROWN:

Q.    Good morning, Ms. Portny.  Can you please state and spell
your name for the record.

**A.    Jade Portny; J-A-D-E, P-O-R-T-N-Y.**

Q.    Ms. Portny, what do you currently do for a living?

**A.    Sorry.  I'm a VIP host at Horseshoe, Hammond.**

```
1        THE COURT:  I didn't understand a word you just said.
2   A.   I'm sorry.  I'm a VIP host at Horseshoe, Hammond.  I have
3   a second job.  I'm a hostess at a little Greek restaurant in
4   Munster.
5   Q.   Are you currently going to school?
6   A.   I am, for my master's, at Purdue.
7   Q.   Do you have any bachelor's?  What do you have?
8   A.   I have two.  I have one in finance and the other in
9   marketing, from Purdue.
10  Q.   Do you know Mr. Delgado-Gonzalez?
11  A.   I do.
12  Q.   And how do you know Mr. Delgado?
13  A.   We were in a relationship for six years.
14  Q.   When did you start dating Mr. Delgado?
15  A.   August 8th of 2010.
16  Q.   Are you still in a relationship with him?
17  A.   No.  We broke up November 3rd, 2016.
18  Q.   Can you -- when you were dating --
19       When you began dating Mr. Delgado, soon thereafter, did
20  there come a time that he began taking classes?
21  A.   Yeah.  He went to Ivy Tech for about two years in 2011 and
22  2012.  He wanted to go for electrical engineering.
23  Q.   And during your relationship with him going through
24  school, did you guys talk about the future, talk about goals?
25  A.   Of course.
```

Q.    Plans?

A.    Yeah, of course.  I met him, you know, when I was 18, right out of high school.  So it's like, you know, you're the person you know after being with him for six years.  Of course, things like that are going to come up naturally, you know, discuss family, discuss life, marriage, things like that, you know.

Q.    And did he have goals?

A.    Oh, yeah.  He's very -- Actually, he's very goal-oriented, you know.  Yeah.  You know, he wanted things, like he wanted his own place, wanted family, wanted to do always better for himself.  He was one of those people, like, you know, he was here, you know.  How different ways can he grow to get here, here, you know, to the next level.  He was very goal-oriented, I would say, for sure.

Q.    Did there come a time in your relationship when you and Mr. Delgado began staying with each other?

A.    We did.  He moved in with my parents and I in 2013.  We stayed with each other at my parent's house.  We had an apartment.  We moved in 2014 to Highland, Indiana.

Q.    Okay.  So you guys were never married?

A.    No, never married.

Q.    But he stayed at your house with your parents; is that correct?

A.    Yes.

1    Q.    Can you tell the Court a little about your father and what
2    you classify your father -- How would you classify your father?
3    **A.    Definitely old fashioned for sure.  You know, he's one of**
4    **those typical dads, you know.  He believed in hard work.  He**
5    **didn't like slackers for sure, you know.  Not necessarily you**
6    **had to prove himself to him, but, you know, like I said, very,**
7    **very old fashioned.  Didn't put up with any BS or anything like**
8    **that.**
9    Q.    Do you have any siblings?
10   **A.    I do.  I have four.**
11   Q.    Are you the baby of the family?
12   **A.    I am, yes.**
13   Q.    Was he even more so protective over his baby?
14   **A.    My dad?**
15   Q.    Yeah.
16   **A.    My dad is protective over everybody.  Not just over me.**
17   **Over everybody.**
18   Q.    What kind of -- Did he have, I would say, a typical
19   father's perception that no man is going to be good enough for
20   his daughter?
21   **A.    Oh, for sure.  For sure.**
22   Q.    But yet he allowed Mr. Delgado to move into his home with
23   his daughter?
24   **A.    Yeah.**
25   Q.    And do you believe that, based on your experience with

your father and also Mr. Delgado, that he proved himself to
your father?

**A.      Yeah.  For sure.  My parents liked him.  They trust him.
Obviously, they trusted him enough to stay in the house, you
know.  Nothing -- They never got into a fight.  Never argued.
He was really, really respectful.  Very respectful to my
parents, actually.  To this day, my parents still -- they still
ask and wonder about him, honestly.**

Q.      During your relationship with him, in addition to going to
school, did Mr. Delgado maintain employment?

**A.      He did; yes.**

Q.      And you indicated that at some point -- I believe you said
2014, you guys got your own place in Highland?

**A.      Yes.**

Q.      So you were kind of living with your parents to save up
money and enough to get your own place?

**A.      Yes.**

Q.      And you guys were successful at that?

**A.      Yes.**

Q.      Did he end up stopping going to school?

**A.      He did.**

Q.      Do you know why?

**A.      Because he had a job that paid really good money.**

Q.      So he decided to maintain his employment and get that
money to help support the family?

1  A.    Yes.   For sure.

2  Q.    And he thought that, at least at that point in time in his

3  life, that was a better option for him?

4  A.    Yes.

5  Q.    Is there anything else you would like to tell the Court in

6  regards to Mr. Delgado?

7  A.    Really, he's -- He's not a bad person.  He's not.  He's

8  very caring; very, very caring.  I'm sorry.  Sorry.  But he's

9  definitely one of those people that, you know, you could take

10  away the materialistic things, you know, but -- you could take

11  away anything, the materialistic things, but he has a good

12  heart; and when he really cares about something, it definitely

13  shows.  He's very, very caring.

14  Q.    And you've been to every court hearing Mr. Delgado had?

15  A.    Oh, yeah, yes.

16  Q.    And you were present during the detention hearing to where

17  the government was providing some evidence by way of proffer

18  that -- or allegations that Mr. Delgado was involved in?

19  A.    Yes.

20  Q.    And that was prior to you meeting him; is that correct?

21  A.    Yes.   Like I said, we didn't get together until August of

22  2010.   I met him in June, right after I graduated high school.

23  Q.    The guy that was portrayed in that detention hearing --

24  A.    He's nothing like -- nothing like what they're put -- the

25  guy sitting right there is nothing like what they're portraying

1  him as, nothing whatsoever.

2          **MR. BROWN:**  No further questions, Your Honor.  Thank

3  you.

4          **THE COURT:**  Mr. Lanter, do you have any questions of

5  this young lady?

6          **MR. LANTER:**  No, Your Honor.

7          **THE COURT:**  All right, ma'am.  Thank you.  You may

8  step down.

9      Mr. Brown, you may call your next witness.

10          **MR. BROWN:**  Your Honor, we'll call Jorge Cabrales.

11          **THE COURT:**  Good morning, sir.  If you would please

12  raise your right hand and take an oath.

13      (The oath was administered.)

14          **THE WITNESS:**  Yes.

15          **THE COURT:**  You may be seated.

16          **THE WITNESS:**  Thank you.

17          **THE COURT:**  Mr. Brown.

18          **MR. BROWN:**  Thank you, Your Honor.

19          JORGE CABRALES, DEFENDANT'S WITNESS, SWORN

20                      DIRECT EXAMINATION

21  BY MR. BROWN:

22  Q.    Sir, can you please state and spell your name for the

23  record.

24  **A.    Jorge Cabrales; J-O-R-G-E, C-A-B-R-A-L-E-S.**

25  Q.    Mr. Cabrales, where are you currently employed?

A.    At Indiana Sugars in Gary, Indiana.

Q.    And is that a union -- Is that through one of the unions?

A.    Yes, it is.  It's Teamsters Union.

Q.    Do you have a family?

A.    Yes, I do.

Q.    Tell us a little about your family.

A.    I have a family; fiance, three children.  A daughter, very intelligent daughter who I'm proud of, into music and her schooling.  I have two sons that I coach in basketball and in baseball.  Very into that.  We have a very loving and supporting family.  Blessed to have that.

Q.    How old are your children?

A.    My daughter just actually turned 12.  My son just turned eight yesterday, and I have a five-year-old turning six.

Q.    Do you know Mr. Delgado?

A.    Yes, I do.

Q.    And how long have you known Mr. Delgado?

A.    I've known Lazaro since about eight, nine years old. Since seeing him running around on the streets since he was a young kid.

Q.    Did you guys kind of grow up in the same neighborhood?

A.    Yes, we did.

Q.    Through growing up, how would you classify -- as what you know, how would you classify Mr. Delgado's upbringing, childhood?

1  A.    I don't want to talk too bad about it, but he's had a
2  difficult upbringing that I know of in his household with his
3  family members.  So just, you know, good friends we were, we
4  just tried to be a good support system for him, knowing where
5  he came from and, you know, the neighborhood that we are; and
6  like I said, the family is -- His mother and stepfather, just a
7  couple incidents that we know, you know, weren't too healthy of
8  a household.  So just as good friends and family, we try to be
9  there to support him.
10 Q.    You maintained relationship with Mr. Delgado throughout
11 your guys childhood together?
12 A.    Yes.
13 Q.    And there was a time he moved over to Illinois; are you
14 familiar with that?
15 A.    Yeah.  I remember him moving out of the neighborhood for a
16 little while.
17 Q.    And you still maintained relationship with him?
18 A.    Yes.  We always kept contact.
19 Q.    There was a time he came back to the area when he was 15,
20 16 years old; do you recall that?
21 A.    Mm-hmm, mm-hmm.
22 Q.    That's a yes?
23 A.    Yes.  I'm sorry.  Yes.
24 Q.    So you've really seen Mr. Delgado kind of go through the
25 stages of being a juvenile; correct?

1    **A.**    **Absolutely.**

2    Q.    Come into young adulthood and then even -- even so now

3    prior to his arrest in this case, you've kind of -- you've seen

4    how he's -- would change --

5    **A.**    **Yes.**

6    Q.    -- throughout that time?

7    **A.**    **Yes, absolutely.**

8    Q.    Tell the Court a little bit about that.

9    **A.**    **Okay.  From just being young and in the streets, we had a**

10    **couple friends, you know, who went the wrong path.  And just**

11    **knowing a little bit about that and me having a good support**

12    **system, we always -- we tried to support Lazaro and just, you**

13    **know, I seen him, just like my teams, you know, at the**

14    **beginning of the season.  I see what we're starting with, and**

15    **it's, you know, scraps and this and this, and mid-season what**

16    **they are and finally at the end.  And just like he's saying, I**

17    **seen Lazaro develop from a boy to a man and with Jade and**

18    **becoming, you know, a great person.**

19    **And it's just sad, difficult to deal with this, knowing he**

20    **was on the right path, you know.  Right now out of all times**

21    **making -- trying to make his life better now as opposed to 15,**

22    **16, when he was misled, he was just becoming a man that we were**

23    **all proud of that we all were able to see the change in him and**

24    **supported that and, you know, encouraged that.**

25    **And, you know, it's just sad to see at the end of all**

1   this, you know, maybe this -- out to get sweat from under him

2   instead of keep the ball rolling, giving him a setback.

3   Q.    Can you kind of describe to the Court a specific instance

4   or example of how you've seen Mr. Delgado change.

5   A.    Absolutely.   From us being around in the same

6   neighborhood, you know, you notice someone who's around in the

7   neighborhood doing what they're not supposed to and who are

8   being productive people.

9         And I've seen the change of Lazaro not even being in the

10  neighborhood no more to the times that he would -- he would be

11  visiting family.   He would be visiting a friend of mine's

12  mother, or he would be at my house with my family, playing

13  basketball with my kids, just trying to stay positive.

14        And it's something that we all witnessed, we all seen, and

15  that we were all proud of him for.   It was just a complete 360

16  turnaround from him having his girlfriend to them changing

17  together, him getting an apartment, him holding a job.   Just

18  things that are positive, really positive in someone's life who

19  was deterred the wrong way from a young age.

20        And it's hard to pull that back, and we were actually

21  witnessing him holding his own and doing great, and just, it

22  was a great experience.   We were all proud of him to see that.

23  And then just to hear last time we were in court all these

24  allegations from 2009, '10, discrediting his name.   I

25  understand from back then, but now the Lazaro we have seen

1    lately is not that person who was doing all that when he was a

2    teenager and misled and just misguided by wrong people.  He was

3    actually thinking and being a man for himself, and we got to

4    witness that.

5              MR. BROWN:  No further questions.

6              THE COURT:  Mr. Lanter, do you have any questions of

7    this witness?

8              MR. LANTER:  No, Your Honor.

9              THE COURT:  All right, sir.  Thank you.  You may step

10   down.

11             THE WITNESS:  Thank you.

12             THE COURT:  Do you have any other witnesses,

13   Mr. Brown?

14             MR. BROWN:  No other witnesses, Judge.  Just a few

15   exhibits.  May I approach, Judge?

16             THE COURT:  Sure, of course.

17             MR. BROWN:  Your Honor, tendering to the Court

18   Defendant's Exhibit A, which is a copy of the State of Indiana

19   license to carry a handgun permit that was tendered to Lazaro

20   Delgado-Gonzalez and Defendant's Exhibit B, which is a resume

21   of Mr. Delgado.

22             THE COURT:  Any objection to A or B?

23             MR. LANTER:  No, Your Honor.

24             THE COURT:  They're both admitted.

25             MR. BROWN:  Thank you, Judge.

1          Judge, no other evidence.   Just argument.

2          **THE COURT:**   All right.   So, Mr. Brown, I'll hear from

3    you as to anything you wish to say as to the sentence I should

4    impose.

5          **MR. BROWN:**   Thank you, Your Honor.

6          Judge, on behalf of Mr. Delgado, not to rehash the facts

7    and the argument that were contained in the defendant's

8    sentencing memorandum, but I believe the testimony that we

9    heard today kind of going back through Mr. Delgado's childhood

10   is instructive for this Court in making the determination of

11   what sentencing is appropriate in this case.

12         There's no doubt about it.   Being a Latin King, being

13   involved in what the Latin Kings are is a very serious offense,

14   and Mr. Delgado knows that.

15         From day one, Mr. Delgado has accepted his responsibility

16   in this matter and accepted the responsibility for what his

17   involvement was in this matter.

18         The day of his arrest, he tells agents when asked, "Why am

19   I being arrested," they bring up his involvement in the Latin

20   Kings, "Yes, I was involved in the Latin Kings."

21         He accepted responsibility, took the plea agreement with

22   the foreseeability of the weight and also the gun enhancement,

23   again, accepting his responsibility for what he was

24   involved in.

25         Your Honor, he was involved in the Latin Kings.   Began

getting involved in the Latin Kings when he was merely 16, 17 years old.

As I indicated in the defendant's sentencing memorandum, the onslaught of scientific evidence that is now being used throughout our court system, even the United States Supreme Court, of the differences between juveniles and adults and how juveniles should be treated differently in the criminal justice system because of the fact their brains, their decision-making, is not developed enough or developed at a stage that an adult would be.

As Mr. Delgado sits here as an adult in front of you, Your Honor, the time that he was involved in this organization was when he was a juvenile. Not all the way. He became an adult while being involved in the organization. But it started when he was a juvenile. He started when he was 16, 17 years old.

He had a troubled upbringing where he did not have the sense of family within the home. He was abandoned by his mom. Had to go over to live with some family friends because of the physical and emotional abuse that he was suffering in his own home. He then went and, unfortunately, suffered that over in Illinois with the family friends he was supposed to be staying with.

He finally got to a point where he couldn't take it anymore and ran away. He got in trouble with the law. He went to the Campagna academy. No offense to the Campagna academy,

it's there for a reason, but it's a breeding house for exactly
what we have here.

What did Mr. Delgado do.  He found future Kings, seeking,
searching for that sense of family, for that sense of
belongingness, that sense of safety.

He made the wrong decision.  He was very impressionable,
being that young age, 16, 17 years old; and he made the wrong
choice, and he got in.

And, yes, he was involved in it.  He posted up.  He went
to meetings.  But that was his family because he didn't really
have a family growing up.

But despite that, despite that, he met Jade, and turned
his life around.  Began going to school, Ivy Tech, with hopes
of being an electrical engineer.  Maintained employment.  Has a
resume.  He has a resume, Judge, that he put together.  Prior
to being involved in this, prior to being arrested, he had a
resume to present to the future employers.  He maintained his
employment.  He obtained, right before the time of his
incarceration, new employment where he was going to be making
$18 to $19 an hour.  He stopped going to school because he was
able to make that money and provide for his family.

Judge, there's very few instances in sentencing hearings
of where the Court can really see -- kind of look into the
future because -- I believe Your Honor is struck with the
decision of:  Well, how is Mr. Delgado going to react to this?

How is he going to do in the future based on the sentence I impose?

But in this rare situation, we have the future. The future is from 2011 to 2017, January of 2017, when he was arrested. We see what Mr. Delgado-Gonzalez was doing after he matured, after he got out of that criminal lifestyle.

We have verified information that the Court can look at. This is the man that sits in front of you. Not that young boy. Not that troubled child, that troubled kid making those bad decisions, the young man, the confident young man, the determined young man, the young man that's got goals and aspirations that has a job to support his family. That's the man that's sitting in front of you.

Judge, I would respectfully pray that the Court sentence the man that's sitting in front of you, not the troubled kid and/or troubled young man as he was five years ago, six years ago.

With that, Judge, as indicated in the sentencing memorandum, we respectfully request Your Honor to sentence Mr. Delgado to 36 months in the Bureau of Prisons with a supervised release of two years.

We believe that that is understanding the severe nature of being a Latin King. We do believe that that is a fair sentence in this matter. That is a departure in the sentencing guidelines predominantly for the age consideration that is

1    called for in the sentencing guidelines.

2        Thank you, Your Honor.

3            THE COURT:  All right.  Thank you, Mr. Brown.

4        All right.  Mr. Delgado, do you wish to make a statement

5    in your own behalf or present any other information to me in

6    mitigation of punishment?  Anything that you would like to say,

7    sir?

8            THE DEFENDANT:  I wrote a small letter.

9            THE COURT:  Sure.

10           THE DEFENDANT:  Should I stand up?

11           THE COURT:  You can remain seated.  That's okay.

12           THE DEFENDANT:  Okay.  I'm a little nervous.

13       Your Honor, I'm thoroughly ashamed and embarrassed to be

14   standing before this Court today.  I offer no excuses for the

15   choices I made, which I have made, which bring me here.

16       I pray that at this time which I have been granted to

17   address Your Honor in this Court it will become evident that,

18   first of all, I've admitted to the part that I played in these

19   matters.

20       Secondly, I am sincerely sorry for any actions.

21       Most importantly, I hope that, Your Honor, you will find I

22   possess the ability and desire to be a positive, law abiding,

23   contributing member of society.

24       My father passed away from cancer when I was 11 years old.

25   I was hurt, angry, confused, without him, without his guidance.

1    I was lost in the world for a while.

2        At 17, I joined the gang for the sense of family that I

3    thought I had -- that I thought I lost when the cancer tore my

4    family apart.  By the age of 20, I realized the error of my

5    ways.  I no longer was disillusioned by the gang life, and I

6    began to distance myself from it.  More than that, I realized

7    the person I had become was not the man that my father raised

8    me to be.  In fact, my life and my choices have become

9    disrespectful to his memory.

10       I must just stress to Your Honor and the Court that in

11   this time I was active with the gang and any subsequent time

12   that my previous affiliation seemed to force me on the

13   periphery of the gang life.

14       I never participated in any act of violence against

15   anyone, not that this fact diminished my capability for the

16   poor choices I did make.  I am not a violent person, though.

17       I was getting my life on track.  I maintained gainful

18   employment, mostly as a machine operator.  I have started

19   attending Ivy Tech college in attempt to further my education

20   and create better opportunities for myself.

21       I was respected and trusted by my neighbors, paying my

22   taxes, and working hard to become a man I know my father would

23   have respected and been proud of.

24       I stand before you today, sir, hoping that you see my

25   sincerity and that you will find that I deserve a chance to be

the upstanding man.  I just want an opportunity to do right, to
show Your Honor, my family, and especially my father-- may he
rest in peace --that I am capable of making choices and taking
actions that are consistent with being a real man and standing
free.

        **THE COURT:**  Thank you, Mr. Delgado.

Mr. Lanter, does the government have any comments or
recommendations as to the sentence I should impose?

        **MR. LANTER:**  Yes, your Honor.

From 2005 approximately to 2010, Mr. Delgado was a member
of the Latin Kings.  While he was not the highest ranking
member, he was definitely a member and one of the type of
members that the Latin Kings rely on and are needed in order to
keep doing what they do in the community.

You all can't be a leader, and you all don't necessarily
have to be shooting up the neighborhood every day.  But
Mr. Delgado was one of the supports for the Latin Kings and
enabled them to do what they do.

He's admitted that relevant conduct during his time was
between three-and-a-half and five kilograms of cocaine.

He's admitted that he posted up and patrolled
neighborhoods, being the lookout for the Latin Kings operation.

He also admitted that he possessed firearms in connection
with his activities with the Latin Kings.

He also admitted he was involved in a shootout in 2010,

where he shot at an Imperial Gangster.  He was also shot
himself in that scenario.

And he's also admitted that, in 2009, he was present with
a number of other Latin Kings when Julian Rebeles got into a
shootout with the Spanish Gangster Disciples.

I understand that recently there's been a fair amount of
evidence that he has more or less cleaned up his act.  At the
same time, and as the Court knows, this entire investigation
came to light a couple years ago with the murder of Martin
Hurtado, Sr., and Mr. Delgado's involvement in the gang during
2005 to 2010 was uncovered at that point in time.

It's the Government's position that he needs to be held
accountable for that past.

Now, it's possible for people to change, and the Court is,
I'm sure, going to take that into account; but the government's
position is that a sentence of three years is just not
sufficient to deter others from engaging in multi-kilogram of
cocaine gang conspiracies or possessing firearms or posting up
and patrolling in the neighborhood as one of the people that
supports the Latin Kings.  Again, it's because of people like
him that the higher up people are able to do what they do.

So it's the government's position that a sentence closer
to the 87 months imprisonment is more appropriate than a
sentence of three years in this case.

THE COURT:  All right.

1     Mr. Brown, will you answer me a question, because I'm not

2   sure I understand.  What's the significance of Defendant's

3   Exhibit A?

4            MR. BROWN:   Judge, Defendant's Exhibit A was issued

5   in --

6            THE COURT:   In 2016.

7            MR. BROWN:   August 3rd, 2016.  Judge, it just goes to

8   show, again, that he was living a law abiding life.   The

9   ability, quite frankly, Judge, to be able to get a lifetime

10  carry permit with, I contend, the strenuous background check,

11  to be able to get that permit I think just goes to show again

12  the lifestyle he was living, the man he has become and on the

13  right path.

14           THE COURT:   Is the State Police like on your task

15  force or anything, been involved in these investigations?

16           MR. LANTER:   The State Police has minimally in this

17  investigation.  Your Honor, I, quite honestly, do not have the

18  answers that I suspect the Court wants to ask about how a

19  person gets a lifetime firearms permit, how a person gets a gun

20  permit, things like that.  We do have --

21           THE COURT:   When was he indicted in this case?

22           MR. LANTER:   He was indicted in January of this year.

23           THE COURT:   So he was the more recent.

24           MR. LANTER:   Correct.

25           THE COURT:   So we know it wasn't issued after the

1    Indictment at least.

2              MR. LANTER:   Correct, Your Honor.   Yes.   That did not
3    happen in this case.

4              THE COURT:   Yeah.   Okay.

5              MR. LANTER:   And I think his involvement -- When was
6    this issued, sometime in --

7              THE COURT:   It was issued in August of 2016.   I was
8    wondering if it was issued -- I don't know when he was indicted
9    out of this wave of indictments.

10             MR. LANTER:   He was indicted in January of 2017, and
11   I think it's fair to say that the people that were telling us
12   about his involvement, that information was not being shared
13   with the State Police at that time.

14             THE COURT:   Sure.   Okay.

15        Anything else you want to say about that, Mr. Brown?

16             MR. BROWN:   No, Your Honor.   Thank you.

17             THE COURT:   All right.   The Supreme Court has
18   modified the Federal Sentencing Act and made the sentencing
19   guidelines advisory.   It used to be, Mr. Delgado, that the
20   sentencing guidelines that we talked a little bit about, where
21   in this case they suggest a sentence of between 87 months and
22   151 months, those guidelines used to be mandatory.   Judges like
23   myself had to follow them under almost all circumstances; but a
24   number of years ago, that paradigm was kind of set aside, and
25   the guidelines have been demoted essentially; and they're there

as a source of advice to Federal Judges, sort of a starting
point in trying to arrive at a reasonable sentence.

So the first place I have to look is what do the
guidelines suggest by way of a reasonable sentence.  In this
case, you've heard what they suggest.

But in addition to the sentencing guidelines, I now have
to look at a whole range of other factors in trying to arrive
at my sentence; and I can't do that in a way that I pay or put
a thumb on the scale in favor of the guidelines.  The
guidelines are just one other factor that I have to take into
account along with a whole range of other factors.

So in addition to the guidelines, I have to take into
account the nature and circumstances of the offense;  you know,
what did you do that brought you here.

I also have to look at your personal history and
characteristics; in other words, who you are as a person, both
your criminal history, plus your personal history that I've
heard about.  I have to take that into consideration.

I have to try to impose a sentence that reflects the
seriousness of the offense, promotes respect for the law,
provides just punishment for the offense.  I have to be
concerned with deterring criminal activity, both general
deterrence and specific deterrence.

So what that means is:  Specific deterrence is imposing a
sentence that is going to prevent you from committing

additional crimes.  General deterrence is the idea that you're going to announce a sentence that is going to be heard by the community so that the other would-be gangbangers or other people who are interested in committing criminal activity will understand that, hey, there's a real consequence to engaging in criminal activity.  So that's a factor I have to take into account, trying to generally deter criminal activity.

Ultimately, I have to try to arrive at a sentence that avoids unwarranted disparity among similarly-situated defendants; and at the end of the day, the goal is to arrive at a sentence that is sufficient but not greater than necessary to achieve all of these goals of sentencing.

This is a tough case.  It's an odd case because it's sort of the tail of two people.  You know, I have to set aside anything I'm reading in these addenda, frankly, about what they claim you did after 2010 because there's no evidence of it in the presentence report.  So I'm just not going to speak to it.

If the government had presented me evidence about other shootings or things that you did in 2014 or '15, I might have a different view of this case.  But based on the record I have before me, I have somebody who was engaged in substantial gang activity for a number of years up until around 2010, and then slowly kind of got away from that culture.

So there's a lot of things that sort of tug in both directions in this case.

Let's talk about the offense itself.

This is a serious offense. These gangs are a plague. They're a plague on these communities; East Chicago, Gary, Hammond, Merrillville. They're a plague. Young kids shooting at each other and out on the street, it's ridiculous. I take it very seriously. I have had dozens and dozens of these cases; and each one is more mystifying than the next, people shooting at each other because they had a hat on the wrong way or they threw up a gang sign. It's ridiculous.

So I view this as a very serious offense, your involvement with this group of people.

This gang has engaged in wide-scale violence, wide-scale drug dealing. I understand that you weren't particularly involved in the violence, but you've admitted to being involved in a lot of narcotics dealing. I view that as serious.

You don't walk into this court with a clean slate, either. You've got some criminal history. It's somewhat modest. You've got a prior handgun no permit conviction. You had a chance in that case. They essentially gave you probation. You had some -- I think a suspended sentence. But according to the presentence report, your probation was revoked four times. Four times. So something was not sort of resonating with you during that, sort of, criminal conviction over in Lake County.

You have a couple other modest, or minor, offenses. So I have to take that into consideration. This is all reflected in

paragraph 36 of the presentence report, to which you haven't objected.

So those are all things that I think tug in favor of a more, you know, significant sentence.  These are important factors.

There's a lot of things that tug in the other direction, as well.

First of all, you strike me as a really smart guy.  Your allocution here is one of the best ones I've seen in a long time.  You're a good writer.  You're articulate.  You're likeable.  You seem very smart.  So, you know, I think the future seems bright for you, candidly.

You had a very difficult, rough upbringing, and I appreciate that.  That is very difficult.  I don't think it's an excuse, frankly; but I do think it puts into some context how it is that you arrive here today.

You've got to stop smoking pot, okay?

THE DEFENDANT:  Yes, sir.

THE COURT:  These people get up every day and just start smoking weed every single day of their life.  It's just ridiculous.  Okay?

THE DEFENDANT:  Yes.

THE COURT:  It's not productive.  But, you know, you're a serial drug user, according to the presentence report. So that's got to stop.

I don't mean this as a criticism of the U.S. Attorney at all. I have incredible respect for the U.S. Attorney and the work they've done in bringing these gangs to justice. But on a case like this, where somebody who has essentially left the gang and now it's seven years later and they're indicted for actions that they did when they were 18, 19 years old and they're now 25 or 26, I think that's a factor I have to take into account when I decide what is a fair and reasonable sentence; you know, what has happened in that interim and who is the person in front of me versus who that person was, as your lawyer has argued to me, who that person was at the time of the offense.

So what I have here is a defendant who has an excellent work history, really from the time that he disassociated himself with the gang, has been employed for six or seven straight years at a variety of jobs, I think doing his best to support himself under difficult circumstances. So I think that's very much to his credit, and it bodes very well or portends good things for him going forward. So I've taken that into consideration.

I've heard from two witnesses today, very credible witnesses, who I think suggest that the defendant should receive a less serious sentence. He's not a defendant who -- often in these cases I'll get defendants who are 25 years old who have four kids, and they're not taking care of any of them.

1   For better or worse, I think the better, the defendant in this
2   case doesn't have any children so he's not responsible for
3   anybody else other than himself, and I think that's going to be
4   helpful to him as he navigates this.
5       So all of that -- I've taken all of those things into
6   consideration, and I've arrived at the following sentence that
7   I intend to give.
8       I'll give counsel one final chance to make any final
9   objections, but I did want to ask one question, Mr. Brown.
10  After the defendant is released from the custody of the Bureau
11  of Prisons, it is my intention to place him on two years of
12  supervised release.  There's a number of terms of supervision
13  that are set out in the presentence report.  Did you have a
14  chance to review those terms of supervision with your client?
15          MR. BROWN:  I have, Your Honor.
16          THE COURT:  Do you have any objection to the
17  following procedure:  What I intend to do is read into the
18  record the actual condition of supervision, but I would like to
19  just incorporate by reference what is in the presentence report
20  into my comments here in open court as to the reason I'm giving
21  each of those conditions.  Do you have any objection to that
22  procedure?
23          MR. BROWN:  No, Your Honor.
24          THE COURT:  Okay.  So let me formally state the
25  sentence:  It is the judgment of the Court, pursuant to

1    Title 18, United States Code, Section 3551 and 3553, it's the
2    judgment of the Court that the defendant is hereby committed to
3    the custody of the Bureau of Prisons for a term of 54 months.
4    The defendant will then be placed on two years of supervised
5    release.
6         Within 72 hours of the Judgment being entered in this case
7    or his release from the custody of the Bureau of Prisons, he
8    shall report in person to the U.S. Probation Office for this
9    District between the hours of 8:00 a.m. and 4:30 p.m.
10        While he's on supervision, he shall comply with the
11   following conditions.  There are four mandatory conditions.
12   One, he shall not commit another federal, state, or local
13   crime; second, he shall not unlawfully use, possess, or
14   distribute a controlled substance; third, the Defendant shall
15   submit to one drug test within 15 days of release from
16   imprisonment and at least two periodic tests thereafter for use
17   of a controlled substance; and, four, the Defendant shall
18   cooperate in the collection of DNA as directed by the probation
19   office.
20        There's a number of discretionary conditions; and, again,
21   I'll state for the record what the condition is, but the reason
22   I'm giving each of these conditions is fully delineated in the
23   presentence report, and so I incorporate that reasoning into my
24   comments here today.
25        So, first, the defendant shall not knowingly leave the

Judicial District without the permission of the Court or probation office.  The probation office will provide a map or verbally describe the boundaries of the Judicial District at the start of supervision.  Second, the defendant shall report to the probation officer in the manner and as frequently as reasonably directed by the Court or probation officer during normal business hours.  Three, defendant shall not answer falsely any inquiries by the probation office, but the defendant may refuse to answer any question if he believes that a truthful answer may incriminate him.

Four, the defendant shall follow the instructions of the probation office as they relate to the conditions as imposed by the Court.  The defendant may petition the Court to seek relief or clarification regarding a condition if he believes it is unreasonable.

Five, the defendant shall make reasonable efforts to obtain and maintain employment at a lawful occupation unless he's excused by the probation office for schooling, training, or other acceptable reasons such as childcare, elder care, disability, age, or serious health condition.

Six, the defendant shall notify the probation officer at least ten days prior to any change in residence or any time the defendant leaves a job or accepts a new job.  In the event the defendant is involuntarily terminated from employment or evicted from a residence, the offender must notify the

probation office within 48 hours.

Seven, the defendant shall not knowingly and intentionally be in the presence of anyone who is illegally selling, using, or distributing a controlled substance; and if that activity commences when he is present, the defendant must immediately leave the location.

Eight, the defendant shall not meet, communicate, or otherwise interact with a person who he knows to be engaged or is planning to be engaged in criminal activity.

Nine, the defendant shall permit a probation officer to visit him at any time at home or any other reasonable location between the hours of 8:00 a.m. and 10:00 p.m. and shall permit confiscation of any contraband that's observed in plain view by the probation office.

Ten, the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

Eleven, the defendant shall not enter into any agreement to act as an informant for a law enforcement agency without the permission of the Court.

Twelve, the defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

Thirteen, the defendant shall participate in a program approved by the probation office for substance abuse which may include testing for the detection of alcohol, controlled

substances, or illegal mood-altering substances if it's

necessary after he's evaluated at the time of his release from

the Bureau of Prisons, and the defendant shall pay for the

costs of participation in the program, but not to exceed his

ability to pay for it, and a failure to pay due to an inability

to pay can never be grounds for revocation.

He's ordered to pay a special assessment of $100. That,

of course, is mandatory, but I'm going to impose no fine given

the defendant's lack of assets makes it unlikely he will be

able to pay a fine, so I'm going to waive the fine in this

case.

The sentence I've just given is below the advisory

guidelines. I've given a sentence substantially below what the

guidelines suggest for the all of the reasons that I've

delineated on the record.

Counsel, do either of you know of any reasons why the

sentence should not be imposed as stated? Mr. Brown?

**MR. BROWN:** No, Your Honor.

**THE COURT:** Mr. Lanter?

**MR. LANTER:** No, Your Honor.

**THE COURT:** Have I taken all of your arguments,

whether it be in mitigation or aggravation, into account?

Mr. Brown?

**MR. BROWN:** You have, Your Honor.

**THE COURT:** Mr. Lanter?

1       MR. LANTER:  Yes, Your Honor.

2       THE COURT:  Does either side need any further

3    elaboration on the sentence I've announced?

4       MR. BROWN:  No, Judge.

5       MR. LANTER:  No, Your Honor.

6       THE COURT:  So I do order the sentence imposed as

7    stated.

8       All right.  Mr. Delgado, you've heard the judgment of the

9    Court imposing sentence upon you.

10       THE DEFENDANT:  Yes.

11       THE COURT:  Pursuant to Rule 32(j) of the Federal

12   Rules of Criminal Procedure, I advise you that you can appeal

13   your conviction if you think your guilty plea was somehow

14   unlawful or involuntary or if there was some other defect in

15   the proceeding not waived by your guilty plea.  You also

16   ordinarily would have a right to appeal your sentence under

17   certain circumstances if you think it was contrary to law.

18       There was an appeal waiver here; correct?

19       MR. LANTER:  Correct.

20       THE COURT:  Now, there are cases in which defendants

21   waive their right to appeal as part of a plea agreement, and

22   you've entered into a plea agreement where you waived your

23   right to appeal.  Those waivers are generally enforceable; but

24   if you think for whatever reason the waiver in this case is not

25   enforceable, you have to present that theory to the Court of

Appeals by filing a notice of appeal within 14 days of the
judgment being entered in your case.  If you want to file an
appeal but you're unable to pay for the costs of an appeal, you
may apply for leave to appeal in forma pauperis.  That means
you can pursue an appeal at no cost to you.

    Mr. Brown, I just remind you of your duties to perfect the
appeal should your client wish you to do so.

          **MR. BROWN:**  Yes, Your Honor.

          **THE COURT:**  I'll order the defendant serve his
sentence as near as possible to Northwest Indiana.  I'll also
recommend that he be placed in the Residential Drug Alcohol
Program, which will be beneficial to the defendant.  It can
also help him take time off his sentence if he's accepted into
the program and successfully completes it.

    Anything else then from you, Mr. Brown?

          **MR. BROWN:**  No, Your Honor.

          **THE COURT:**  Mr. Lanter, how about you?

          **MR. LANTER:**  No, Your Honor.

          **THE COURT:**  All right.  Mr. Brown, you were appointed
in this case; is that correct?

          **MR. BROWN:**  Yes, Judge.

          **THE COURT:**  Listen.  I want to thank you for your
service.  I think you did an excellent job for your client, and
the Court appreciates your efforts.  So thank you.

          **MR. BROWN:**  Thank you, Your Honor.  I appreciate it.

1          THE COURT:  Mr. Delgado, good luck to you, sir.

2          THE DEFENDANT:  Thank you, Your Honor.

3     (The proceedings were adjourned at 11:10 p.m.)

4  * * *

5     (End of requested transcript.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    CERTIFICATE OF REPORTER

2         I, Angela Phipps, a Registered Merit Reporter and

3    Certified Realtime Reporter, certify that the foregoing is a

4    true, complete, and accurate transcript of the proceedings

5    ordered to be transcribed in the above-entitled case before the

6    Honorable Philip P. Simon, in Hammond, Indiana.

7

8    Date:   April 9, 2018    S/Angela Phipps
                              S/Angela Phipps
9                             Court Reporter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. BROWN:
[2] 13/19 19/20
MR. BROWN: [42]
3/3 3/10 4/10 4/14
4/21 4/25 5/7 5/9
5/13 5/16 5/19 5/24
6/10 6/13 10/5 10/10
10/21 12/6 12/16
13/5 13/8 13/10 19/1
19/9 19/17 24/4
24/13 24/16 24/24
25/4 33/3 33/6 34/15
40/14 40/22 44/17
44/23 45/3 46/7
46/15 46/20 46/24
MR. LANTER: [35]
3/5 3/20 6/15 6/20
8/5 8/8 8/12 8/14
8/16 8/24 9/4 9/6
9/15 9/21 9/25 10/25
11/3 11/6 11/11
12/18 19/5 24/7
24/22 31/8 33/15
33/21 33/23 34/1
34/4 34/9 44/19
44/25 45/4 45/18
46/17
THE COURT: [89]
THE
DEFENDANT: [9]
3/13 3/17 29/7 29/9
29/11 38/17 38/21

45/9 47/1
THE DEPUTY
CLERK: [1] 2/2
THE WITNESS:
[4] 13/14 19/13
19/15 24/10

$
$100 [2] 12/13 44/7
$18 [1] 27/20
$19 [1] 27/20

'
'10 [1] 23/24
'15 [1] 36/19

-
--that [2] 9/17 31/3

0
00072 [1] 1/4
0633 [1] 1/18

1
108 months [1]
12/11
10:00 [1] 43/12
10:05 [1] 2/2
11 [1] 29/24
1144 [2] 2/21 6/8
1148 [3] 2/22 5/5
8/22
11:10 [1] 47/3
12 [1] 20/13
14 [1] 46/1

15 [3] 21/19 22/21
41/15
1500 [1] 1/13
151 [1] 34/22
16 [5] 21/20 22/22
26/1 26/15 27/7
17 [5] 9/2 26/1 26/15
27/7 30/2
18 [3] 15/2 39/6 41/1
19 [1] 39/6

2
20 [2] 1/8 30/4
2005 [2] 31/10 32/11
2009 [2] 23/24 32/3
2010 [9] 5/13 8/19
14/15 18/22 31/10
31/25 32/11 36/16
36/22
2011 [2] 14/21 28/4
2012 [1] 14/22
2013 [1] 15/18
2014 [3] 15/20 17/13
36/19
2016 [4] 14/17 33/6
33/7 34/7
2017 [4] 1/8 28/4
28/4 34/10
2018 [1] 48/8
219 [2] 1/14 1/14
219-769-0633 [1]
1/18
219-769-6300 [1]

**2**

219-769-6300... [1] 1/18

23rd [1] 2/10

25 [2] 39/7 39/24

25,000 [1] 12/11

250,000 [1] 12/11

26 [1] 39/7

27 [3] 9/18 12/3 12/10

2770 [1] 1/14

2:15-CR-00072 [1] 1/4

2:15-CR-72 [1] 2/6

**3**

30 [1] 12/3

32 [1] 45/11

3551 [1] 41/1

3553 [1] 41/1

36 [2] 28/20 38/1

360 [1] 23/15

3rd [3] 6/3 14/17 33/7

**4**

46320 [1] 1/13

46410 [1] 1/17

48 [1] 43/1

4:30 p.m [1] 41/9

**5**

54 [1] 41/3

5400 [1] 1/13

5500 [1] 1/14

**6**

6300 [1] 1/18

6th [1] 6/3

**7**

72 [3] 2/6 41/6 43/16

**8**

852-2770 [1] 1/14

87 [5] 9/19 9/20 12/11 32/23 34/21

8:00 [2] 41/9 43/12

8th [2] 2/22 14/15

**9**

9211 [1] 1/17

937-5500 [1] 1/14

991 [1] 2/20

**A**

a.m [3] 2/2 41/9 43/12

abandoned [1] 26/17

abiding [2] 29/22 33/8

ability [3] 29/22 33/9 44/5

able [6] 22/23 27/21 32/21 33/9 33/11 44/10

about [24] 7/14 10/8 12/15 14/21 14/24 14/24 16/1 17/8 18/12 20/6 20/18 21/1 22/8 22/11 25/12 33/18 34/12 34/15 34/20 35/18 36/15 36/18 37/1 46/17

above [1] 48/5

above-entitled [1] 48/5

absence [1] 11/17

absolutely [4] 11/4 22/1 22/7 23/5

abuse [2] 26/19 43/24

academy [2] 26/25 26/25

accept [3] 5/3 9/17 12/20

acceptable [1] 42/19

acceptance [2] 7/2 12/1

accepted [4] 25/15 25/16 25/21 46/13

accepting [3] 7/13 12/25 25/23

accepts [1] 42/23

access [2] 3/25 4/1

according [2] 37/20 38/24

account [6] 32/15 35/11 35/13 36/7 39/8 44/22

# A

accountable [1] 32/13

accurate [3] 9/10 12/15 48/4

achieve [1] 36/12

act [4] 30/14 32/7 34/18 43/19

actions [3] 29/20 31/4 39/6

active [1] 30/11

activities [1] 31/24

activity [9] 2/13 8/10 35/22 36/4 36/6 36/7 36/22 43/4 43/9

acts [1] 6/23

actual [2] 12/25 40/18

actually [7] 6/13 13/7 15/9 17/7 20/13 23/20 24/3

addenda [4] 3/9 3/23 4/3 36/15

addendum [7] 2/20 2/21 2/22 4/3 5/4 6/8 9/9

addendums [1] 2/18

addition [3] 17/9 35/6 35/12

additional [2] 6/4 36/1

address [1] 29/17

adequately [1] 12/24

adjourned [1] 47/3

adjudged [1] 2/14

administered [2] 13/14 19/13

admit [1] 10/14

admitted [14] 7/24 8/11 8/17 8/18 8/19 10/14 24/24 29/18 31/19 31/21 31/23 31/25 32/3 37/14

admitting [2] 8/3 8/4

adult [3] 26/9 26/11 26/13

adulthood [1] 22/2

adults [1] 26/6

advice [1] 35/1

advise [1] 45/12

advisory [2] 34/19 44/12

affect [1] 6/24

affected [1] 8/1

affiliation [1] 30/12

after [9] 5/13 15/4 18/22 28/5 28/6 33/25 36/16 40/10 44/2

again [5] 25/23 32/20 33/8 33/11 41/20

against [1] 30/14

age [5] 23/19 27/7 28/25 30/4 42/20

agency [1] 43/19

agents [1] 25/18

aggravation [1] 44/22

ago [4] 28/16 28/17 32/9 34/24

agreed [1] 8/8

agreement [7] 12/21 12/24 13/1 25/21 43/18 45/21 45/22

ahead [1] 8/16

aided [1] 1/25

alcohol [2] 43/25 46/11

all [53]

allegation [2] 5/21 10/3

allegations [4] 5/6 6/7 18/18 23/24

allocution [1] 38/9

allowed [1] 16/22

almost [1] 34/23

along [1] 35/11

also [19] 1/21 2/15 2/23 3/19 5/12 7/2 8/17 8/19 11/25 17/1 25/22 31/23 31/25 32/1 32/3 35/15 45/15 46/10 46/13

altering [1] 44/1

always [3] 15/11 21/18 22/12

am [7] 12/23 14/6

**A**

am... [5]  16/12 25/18 29/20 30/16 31/3
AMERICA [1]  1/3
among [1]  36/9
amount [1]  32/6
and/or [1]  28/16
Andrew [1]  1/20
Angela [3]  48/2 48/8 48/8
angry [1]  29/25
announce [1]  36/2
announced [1]  45/3
another [2]  5/23 41/12
answer [4]  33/1 42/7 42/9 42/10
answers [1]  33/18
any [34]  5/19 6/22 11/9 11/10 11/18 11/19 11/21 14/7 16/7 16/9 19/4 24/6 24/12 24/22 29/5 29/20 30/11 30/14 31/7 39/25 40/2 40/8 40/16 40/21 42/8 42/9 42/22 42/22 43/11 43/11 43/13 43/18 44/16 45/2
anybody [1]  40/3
anymore [1]  26/24
anyone [2]  30/15 43/3

anything [10]  13/4 16/7 18/5 18/11 25/3 29/6 33/15 34/15 36/15 46/15
apart [1]  30/4
apartment [2]  15/20 23/17
appeal [14]  3/24 3/24 4/1 45/12 45/16 45/18 45/21 45/23 46/1 46/3 46/3 46/4 46/5 46/7
Appeals [1]  46/1
appeared [1]  2/10
applied [1]  11/19
apply [2]  11/21 46/4
appointed [1]  46/19
appreciate [3]  9/15 38/14 46/25
appreciates [1]  46/24
approach [1]  24/15
appropriate [2]  25/11 32/23
approved [1]  43/24
approximately [1]  31/10
April [1]  48/8
are [36]  3/23 4/1 4/16 4/19 5/1 6/8 6/9 7/4 7/7 11/13 14/5 14/16 15/5 16/11 19/25 20/12 21/5

21/13 22/16 23/7 23/18 25/13 31/4 31/13 32/21 35/10 35/16 36/4 37/2 38/3 38/4 39/24 40/13 41/11 45/20 45/23
area [1]  21/19
argued [2]  17/5 39/11
argument [2]  25/1 25/7
arguments [1]  44/21
around [5]  20/19 23/5 23/6 27/13 36/22
arrest [2]  22/3 25/18
arrested [4]  25/19 27/16 28/5 43/16
arrive [5]  35/2 35/7 36/8 36/10 38/16
arrived [1]  40/6
articulate [1]  38/10
as [49]
ashamed [1]  29/13
aside [2]  34/24 36/14
ask [4]  3/7 17/8 33/18 40/9
asked [1]  25/18
aspirations [1]  28/12
assessment [2]  12/13 44/7

**A**

assets [1] 44/9
assume [1] 3/19
attempt [1] 30/19
attending [1] 30/19
Attorney [2] 39/1 39/2
Attorney's [1] 1/12
augment [1] 6/6
August [4] 14/15 18/21 33/7 34/7
August 8th [1] 14/15
AUSA [1] 1/12
avoids [1] 36/9
away [6] 7/2 18/10 18/11 26/24 29/24 36/23

**B**

baby [2] 16/11 16/13
bachelor's [1] 14/7
back [6] 2/10 12/22 21/19 23/20 23/25 25/9
background [1] 33/10
bad [3] 18/7 21/1 28/9
ball [1] 23/2
baseball [1] 20/10
based [8] 2/15 10/1 12/2 12/9 12/14 16/25 28/1 36/20
basis [3] 6/6 7/3 7/24
basketball [2] 20/9 23/13
be [56]
became [1] 26/13
because [14] 9/1 9/2 12/23 17/23 26/8 26/18 27/10 27/20 27/24 32/20 33/1 36/13 36/16 37/8
become [5] 29/17 30/7 30/8 30/22 33/12
becoming [2] 22/18 22/22
been [14] 2/18 4/4 5/9 7/16 7/17 8/4 11/19 18/14 29/16 30/23 32/6 33/15 34/25 39/15
before [11] 1/9 2/10 3/3 3/10 3/17 13/5 27/18 29/14 30/24 36/21 48/5
began [6] 14/19 14/20 15/17 25/25 27/13 30/6
beginning [1] 22/14
behalf [7] 2/9 8/5 8/18 13/5 13/6 25/6 29/5
behavior [1] 12/25
being [29] 6/9 8/20 10/13 12/8 13/3 15/4 21/25 22/9 23/5 23/8 23/9 24/3 25/12 25/12 25/19 26/4 26/14 27/7 27/14 27/16 27/16 28/23 31/4 31/22 34/12 37/14 41/6 43/16 46/2
believe [8] 6/14 10/12 16/25 17/12 25/8 27/24 28/22 28/23
believed [1] 16/4
believes [3] 7/12 42/9 42/14
belongingness [1] 27/5
below [2] 44/12 44/13
beneficial [1] 46/12
best [2] 38/9 39/16
better [6] 15/11 18/3 22/21 30/20 40/1 40/1
between [7] 10/20 12/21 26/6 31/20 34/21 41/9 43/12
big [1] 9/3
bit [4] 4/6 22/8 22/11 34/20
Blessed [1] 20/11

## B

bodes [1]  39/18
both [6]  2/24 3/8 24/24 35/16 35/22 36/24
boundaries [1]  42/3
boy [3]  9/10 22/17 28/8
brains [1]  26/8
breeding [1]  27/1
bright [1]  38/12
bring [2]  25/19 29/15
bringing [1]  39/3
Broadway [1]  1/17
broke [1]  14/17
brought [1]  35/14
Brown [25]  1/16 1/16 2/8 3/3 3/8 3/17 4/10 10/5 10/21 12/6 12/16 13/4 19/9 19/17 24/13 25/2 29/3 33/1 34/15 40/9 44/17 44/23 46/6 46/15 46/19
BS [1]  16/7
bunch [1]  6/4
Bureau [5]  28/20 40/10 41/3 41/7 44/3
business [1]  42/7

## C

C-A-B-R-A-L-E-S [1]  19/24

Cabrales [4]  19/10 19/19 19/24 19/25
call [4]  3/13 13/11 19/9 19/10
called [1]  29/1
came [3]  21/5 21/19 32/9
Campagna [2]  26/25 26/25
can [22]  5/11 8/24 9/15 9/16 9/16 9/16 9/23 10/5 13/17 13/21 14/18 15/13 16/1 19/22 23/3 27/23 28/7 29/11 44/6 45/12 46/5 46/12
can't [3]  9/20 31/15 35/8
cancer [2]  29/24 30/3
candidly [2]  4/18 38/12
capability [1]  30/15
capable [1]  31/3
care [2]  39/25 42/19
cares [1]  18/12
caring [3]  18/8 18/8 18/13
carry [2]  24/19 33/10
case [32]  2/6 2/25 4/14 4/18 7/7 7/13

7/14 9/10 9/14 9/18 11/20 12/3 22/3 25/11 32/24 33/21 34/3 34/21 35/5 36/13 36/13 36/20 36/25 37/19 39/4 40/2 41/6 44/11 45/24 46/2 46/20 48/5
cases [4]  8/23 37/7 39/24 45/20
category [3]  12/4 12/6 12/10
certain [1]  45/17
CERTIFICATE [1]  48/1
Certified [1]  48/3
certify [1]  48/3
chance [4]  30/25 37/19 40/8 40/14
change [8]  4/17 10/7 22/4 22/23 23/4 23/9 32/14 42/22
changing [1]  23/16
character [1]  13/9
characteristics [1]  35/16
charging [1]  2/12
check [1]  33/10
Chicago [1]  37/3
child [1]  28/9
childcare [1]  42/19
childhood [3]  20/25

# C

childhood... [2] 21/11 25/9

children [3] 20/7 20/12 40/2

choice [1] 27/8

choices [4] 29/15 30/8 30/16 31/3

circumstances [4] 34/23 35/13 39/17 45/17

claim [1] 36/16

clarification [1] 42/14

classes [1] 14/20

classify [4] 16/2 16/2 20/23 20/24

clean [1] 37/16

cleaned [1] 32/7

clear [2] 5/4 9/1

client [4] 3/8 40/14 46/7 46/23

close [1] 7/21

closer [1] 32/22

coach [1] 20/9

cocaine [3] 7/20 31/20 32/18

Code [1] 41/1

collection [1] 41/18

college [1] 30/19

come [4] 14/20 15/5 15/16 22/2

commences [1] 43/5

commencing [1] 2/2

comments [3] 31/7 40/20 41/24

commit [1] 41/12

committed [1] 41/2

committing [2] 35/25 36/4

communicate [1] 43/7

communities [1] 37/3

community [2] 31/14 36/3

complete [2] 23/15 48/4

completes [1] 46/14

comply [1] 41/10

computer [1] 1/25

computer-aided [1] 1/25

conceded [1] 7/18

concern [1] 11/3

concerned [1] 35/22

concession [1] 5/4

condition [4] 40/18 41/21 42/14 42/20

conditions [6] 40/21 41/11 41/11 41/20 41/22 42/12

conduct [1] 31/19

confident [1] 28/10

confiscation [1] 43/13

confused [2] 4/6 29/25

connection [1] 31/23

consequence [1] 36/5

consideration [5] 28/25 35/18 37/25 39/20 40/6

consistent [2] 12/23 31/4

conspiracies [1] 32/18

conspiracy [3] 2/12 7/21 7/25

contact [1] 21/18

contained [2] 6/8 25/7

contend [1] 33/10

contending [1] 5/15

contents [1] 3/16

contested [1] 7/16

contesting [3] 7/22 7/22 10/2

context [1] 38/15

continued [1] 5/12

contraband [1] 43/13

contrary [1] 45/17

contributing [1] 29/23

controlled [4] 41/14 41/17 43/4 43/25

conviction [3] 37/18

## C

conviction... [2] 37/23 45/13

cooperate [1] 41/18

copy [3] 2/17 3/8 24/18

correct [27] 4/9 4/11 4/14 4/15 4/22 5/10 5/14 5/17 5/19 5/20 5/24 5/25 6/11 8/13 8/15 9/5 11/7 11/12 12/7 15/24 18/20 21/25 33/24 34/2 45/18 45/19 46/20

cost [1] 46/5

costs [2] 44/4 46/3

could [4] 2/4 4/17 18/9 18/10

couldn't [1] 26/23

counsel [5] 3/24 4/1 4/4 40/8 44/16

Count [1] 2/11

County [1] 37/23

couple [5] 9/13 21/7 22/10 32/9 37/24

course [9] 6/19 7/21 7/25 8/23 14/25 15/2 15/4 24/16 44/8

court [38] 1/1 1/9 2/1 8/23 12/22 16/1 18/5 18/14 22/8 23/3 23/23 24/17 25/10 26/5 26/6 27/23 28/7 28/14 29/14 29/17 30/10 32/8 32/14 33/18 34/17 37/16 40/20 40/25 41/2 42/1 42/6 42/13 42/13 43/20 45/9 45/25 46/24 48/9

CR [2] 1/4 2/6

create [1] 30/20

credible [1] 39/21

credit [1] 39/18

crime [1] 41/13

crimes [1] 36/1

criminal [14] 12/4 12/5 12/10 26/7 28/6 35/17 35/22 36/4 36/6 36/7 37/17 37/23 43/9 45/12

criticism [1] 39/1

cross [1] 5/11

culture [1] 36/23

currently [3] 13/24 14/5 19/25

custody [3] 40/10 41/3 41/7

## D

dad [2] 16/14 16/16

dads [1] 16/4

dangerous [1] 43/22

Date [1] 48/8

dating [3] 14/14 14/18 14/19

daughter [5] 16/20 16/23 20/7 20/8 20/13

day [7] 17/7 25/15 25/18 31/16 36/10 38/19 38/20

days [3] 41/15 42/22 46/1

deal [3] 6/18 9/3 22/19

dealing [2] 37/13 37/15

deals [1] 10/18

DEAN [1] 1/12

decide [1] 39/8

decided [1] 17/24

decision [3] 26/8 27/6 27/25

decision-making [1] 26/8

decisions [1] 28/10

defect [1] 45/14

defendant [45] 1/7 1/16 2/8 2/10 2/25 4/8 4/13 7/18 10/20 11/15 11/19 11/20 11/25 12/5 12/22 39/13 39/22 39/23 40/1 40/10 41/2 41/4 41/14 41/17 41/25 42/4 42/7 42/9 42/11 42/13 42/16 42/21 42/23 42/24 43/2

# D

**defendant... [10]** 43/5 43/7 43/10 43/15 43/18 43/21 43/23 44/3 46/9 46/12

**defendant's [10]** 13/5 13/18 19/19 24/18 24/20 25/7 26/3 33/2 33/4 44/9

**defendants [4]** 7/7 36/10 39/24 45/20

**definitely [4]** 16/3 18/9 18/12 31/12

**DELGADO [43]** 1/6 1/21 2/7 3/12 3/13 3/15 7/8 7/13 10/9 13/6 14/10 14/12 14/14 14/19 15/17 16/22 17/1 17/10 18/6 18/14 18/18 20/15 20/17 21/10 21/24 23/4 24/20 24/21 25/6 25/14 25/15 26/11 27/3 27/25 28/5 28/20 29/4 31/6 31/10 31/17 34/19 45/8 47/1

**Delgado's [3]** 20/24 25/9 32/10

**DELGADO-GONZ ALEZ [4]** 1/6 1/21 2/7 24/20

**delineated [3]** 11/10 41/22 44/15

**demoted [1]** 34/25

**denial [1]** 6/2

**denies [1]** 5/5

**denying [2]** 5/24 8/21

**departure [1]** 28/24

**describe [2]** 23/3 42/3

**described [1]** 6/12

**deserve [1]** 30/25

**desire [1]** 29/22

**despite [2]** 27/12 27/12

**destructive [1]** 43/22

**detection [1]** 43/25

**detention [2]** 18/16 18/23

**deter [2]** 32/17 36/7

**determination [2]** 7/4 25/10

**determined [2]** 7/23 28/11

**deterred [1]** 23/19

**deterrence [4]** 35/23 35/23 35/24 36/1

**deterring [1]** 35/22

**develop [1]** 22/17

**developed [2]** 26/9 26/9

**device [1]** 43/22

**did [32]** 3/8 3/12 3/15 7/8 7/20 8/14 8/21 10/14 14/14 14/19 14/24 15/8 15/16 15/18 16/18 17/10 17/11 17/20 17/21 20/21 20/22 26/16 27/3 30/16 34/2 35/14 36/16 36/19 39/6 40/9 40/13 46/23

**didn't [5]** 14/1 16/5 16/7 18/21 27/10

**differences [1]** 26/6

**different [5]** 4/7 9/13 10/3 15/13 36/20

**differently [1]** 26/7

**difficult [5]** 21/2 22/19 38/13 38/14 39/17

**diminished [1]** 30/15

**DIRECT [2]** 13/19 19/20

**directed [4]** 3/24 4/1 41/18 42/6

**direction [1]** 38/6

**directions [1]** 36/25

**disability [1]** 42/20

**disassociated [1]** 39/14

# D

Disciples [1] 32/5
discrediting [1] 23/24
discretionary [1] 41/20
discuss [2] 15/6 15/6
discussed [1] 8/22
discussion [1] 10/20
disillusioned [1] 30/5
disparity [1] 36/9
dispute [2] 4/17 6/13
disputed [2] 6/9 11/10
disputes [1] 7/14
disputing [5] 4/19 4/23 5/12 6/24 9/2
disrespectful [1] 30/9
distance [1] 30/6
distribute [1] 41/14
distributing [1] 43/4
distribution [1] 8/5
DISTRICT [6] 1/1 1/1 1/9 41/9 42/1 42/3
DIVISION [1] 1/2
DNA [1] 41/18
do [48] 5/6 6/24 9/17 12/20 13/6 13/7 13/24 13/24 14/7 14/7 14/10 14/11 14/12 15/11 16/9 16/10 16/25 17/22 19/4 20/4 20/5 20/15 20/16 21/20 24/6 24/12 27/3 28/1 28/23 29/4 31/1 31/14 31/18 31/18 32/21 32/21 33/17 33/20 35/3 35/8 35/14 38/15 40/16 40/17 40/21 44/16 45/6 46/7
Document [5] 2/20 2/22 5/5 6/8 8/22
does [2] 31/7 45/2
doesn't [1] 40/2
doing [8] 7/25 10/16 23/7 23/21 24/1 28/5 31/14 39/16
don't [6] 21/1 31/15 34/8 37/16 38/14 39/1
done [1] 39/3
doubt [1] 25/12
down [2] 19/8 24/10
dozens [2] 37/6 37/6
drug [10] 4/9 7/1 7/2 7/10 7/15 8/4 37/13 38/24 41/15 46/11
drugs [4] 7/1 7/8 9/13 11/17
due [1] 44/5
during [10] 4/13 4/24 8/20 14/23 17/9 18/16 31/19 32/10 37/23 42/6
duties [1] 46/6

# E

each [7] 15/17 15/19 37/5 37/7 37/8 40/21 41/22
early [1] 2/20
East [1] 37/3
education [1] 30/19
efforts [2] 42/16 46/24
eight [3] 20/14 20/18 43/7
either [3] 37/16 44/16 45/2
elaboration [1] 45/3
elder [1] 42/19
electrical [2] 14/22 27/14
Eleven [1] 43/18
else [4] 18/5 34/15 40/3 46/15
embarrassed [1] 29/13
emotional [1] 26/19
employed [2] 19/25 39/15
employers [1] 27/17
employment [8] 17/10 17/24 27/14

**E**

employment... [5] 27/18 27/19 30/18 42/17 42/24
enabled [1] 31/18
encouraged [1] 22/24
end [5] 17/20 22/16 22/25 36/10 47/5
enforceable [2] 45/23 45/25
enforcement [2] 43/17 43/19
engaged [4] 36/21 37/12 43/8 43/9
engaging [2] 32/17 36/5
engineer [1] 27/14
engineering [1] 14/22
enhancement [9] 7/1 7/5 7/9 7/11 7/16 11/15 11/21 11/23 25/22
enough [5] 13/8 16/19 17/4 17/16 26/9
entail [1] 6/17
enter [1] 43/18
entered [4] 12/21 41/6 45/22 46/2
entire [1] 32/8
entirely [1] 9/13

entitled [1] 48/5
error [1] 30/4
especially [1] 31/2
essentially [3] 34/25 37/19 39/4
evaluated [1] 44/2
even [6] 9/17 16/13 22/2 22/2 23/9 26/5
event [2] 11/21 42/23
ever [1] 5/18
every [4] 18/14 31/16 38/19 38/20
everybody [2] 16/16 16/17
everyone [1] 2/5
everything [1] 9/8
evicted [1] 42/25
evidence [15] 6/22 7/5 7/10 7/17 11/5 11/9 11/18 11/23 13/9 18/17 25/1 26/4 32/7 36/16 36/18
evident [1] 29/17
evidently [1] 6/5
exactly [1] 27/1
EXAMINATION [2] 13/19 19/20
example [1] 23/4
exceed [1] 44/4
excellent [2] 39/13 46/23
excuse [1] 38/15

excused [1] 42/18
excuses [1] 29/14
Exhibit [4] 24/18 24/20 33/3 33/4
exhibits [1] 24/15
experience [2] 16/25 23/22

**F**

fact [5] 6/18 10/15 26/8 30/8 30/15
fact-finding [1] 6/18
factor [3] 35/10 36/6 39/7
factors [3] 35/7 35/11 38/5
facts [2] 11/5 25/6
factual [2] 6/6 11/10
failure [1] 44/5
fair [5] 13/8 28/23 32/6 34/11 39/8
fairly [1] 6/12
falsely [1] 42/8
familiar [1] 21/14
family [24] 15/6 15/11 16/11 17/25 20/4 20/6 20/7 20/11 21/3 21/6 21/8 23/11 23/12 26/17 26/18 26/21 27/4 27/10 27/11 27/21 28/12 30/2 30/4 31/2
far [2] 4/8 8/10

**F**

fashioned [2]  16/3 16/7

father [9]  16/1 16/2 16/2 17/1 17/2 29/24 30/7 30/22 31/2

father's [1]  16/19

favor [2]  35/9 38/3

Fax [2]  1/14 1/18

federal [5]  1/13 34/18 35/1 41/12 45/11

few [3]  9/12 24/14 27/22

fiance [1]  20/7

fight [1]  17/5

file [1]  46/2

filed [2]  2/19 12/22

filing [1]  46/1

final [2]  40/8 40/8

finally [2]  22/16 26/23

finance [1]  14/8

find [2]  29/21 30/25

finding [1]  6/18

findings [1]  12/2

fine [4]  12/11 44/8 44/10 44/10

fire [2]  10/11 10/15

firearm [4]  4/13 5/2 7/20 43/22

firearms [4]  7/15 31/23 32/18 33/19

firing [1]  10/12

first [4]  29/18 35/3 38/8 41/25

five [5]  7/19 20/14 28/16 31/20 42/16

five-year-old [1]  20/14

flippers [1]  6/5

follow [2]  34/23 42/11

following [5]  2/1 5/5 40/6 40/17 41/11

follows [1]  12/9

force [2]  30/12 33/15

foregoing [1]  48/3

foreseeability [1]  25/22

foreseeable [2]  7/15 7/19

forma [1]  46/4

formally [1]  40/24

forth [1]  4/4

forward [1]  39/19

found [1]  27/3

four [7]  16/10 37/21 37/22 39/25 41/11 41/17 42/11

FRANCISCO [3]  1/5 1/21 2/6

frankly [6]  4/6 4/17 11/20 33/9 36/15 38/15

free [1]  31/5

frequently [1]  42/5

friend [1]  23/11

friends [5]  21/3 21/8 22/10 26/18 26/21

front [5]  26/11 28/8 28/13 28/15 39/10

fully [1]  41/22

further [5]  3/25 19/2 24/5 30/19 45/2

future [8]  14/24 27/3 27/17 27/24 28/1 28/3 28/4 38/12

**G**

gainful [1]  30/17

gang [18]  5/16 5/23 8/10 8/21 10/3 10/4 10/7 30/2 30/5 30/11 30/13 32/10 32/18 36/21 37/9 37/12 39/5 39/15

gangbangers [1]  36/3

gangs [2]  37/2 39/3

Gangster [5]  8/19 10/7 10/13 32/1 32/5

Gary [2]  20/1 37/3

gave [1]  37/19

general [2]  35/22 36/1

generally [2]  36/7 45/23

## G

get [9] 15/13 17/16 17/24 18/21 23/1 33/9 33/11 38/19 39/24

gets [2] 33/19 33/19

getting [3] 23/17 26/1 30/17

girlfriend [1] 23/16

give [4] 9/19 9/24 40/7 40/8

given [7] 7/12 7/18 8/1 11/18 44/8 44/12 44/13

giving [3] 23/2 40/20 41/22

go [4] 8/16 14/22 21/24 26/18

goal [3] 15/9 15/14 36/10

goal-oriented [2] 15/9 15/14

goals [4] 14/24 15/8 28/11 36/12

Godmother's [1] 10/23

goes [2] 33/7 33/11

going [29] 6/17 6/19 7/5 7/9 11/9 11/17 11/23 11/25 14/5 14/23 15/5 16/19 17/9 17/20 25/9 27/13 27/19 27/20 27/25 28/1 32/15 35/25 36/2 36/2 36/17 39/19 40/3 44/8 44/10

GONZALEZ [6] 1/6 1/21 2/7 14/10 24/20 28/5

good [13] 2/5 13/21 16/19 17/23 18/11 19/11 21/3 21/4 21/8 22/11 38/10 39/19 47/1

got [15] 10/9 17/5 17/13 24/3 26/23 26/24 27/8 28/6 28/11 32/4 36/23 37/17 37/18 38/17 38/25

government [15] 1/12 2/9 2/25 6/3 6/3 6/18 6/21 6/22 7/4 7/12 7/16 11/9 18/17 31/7 36/18

government's [4] 6/23 32/12 32/15 32/22

graduated [1] 18/22

granted [1] 29/16

great [4] 6/17 22/18 23/21 23/22

greater [1] 36/11

Greek [1] 14/3

grounds [1] 44/6

group [1] 37/11

grow [2] 15/13 20/21

growing [2] 20/23 27/11

guidance [1] 29/25

guideline [4] 6/24 8/1 9/18 12/9

guidelines [13] 28/25 29/1 34/19 34/20 34/22 34/25 35/4 35/6 35/9 35/10 35/12 44/13 44/14

guilty [4] 2/11 2/14 45/13 45/15

gun [7] 4/24 5/6 5/22 5/23 8/14 25/22 33/19

guy [3] 18/23 18/25 38/8

guys [6] 14/24 15/21 17/13 17/18 20/21 21/11

## H

had [20] 2/1 7/16 15/19 16/6 17/23 18/14 21/1 22/9 26/16 26/18 27/16 30/3 30/7 34/23 36/18 37/6 37/8 37/18 37/20 38/13

half [2] 7/19 31/20

# H

**HAMMOND [6]** 1/2 1/13 13/25 14/2 37/4 48/6
**hand [2]** 13/13 19/12
**handgun [2]** 24/19 37/18
**happen [1]** 34/3
**happened [1]** 39/9
**happy [1]** 5/3
**hard [3]** 16/4 23/20 30/22
**has [25]** 4/8 5/9 7/4 7/18 7/24 8/11 8/18 8/19 10/14 12/5 18/11 25/15 27/14 27/15 28/12 32/7 33/12 33/16 34/17 37/12 39/4 39/9 39/11 39/13 39/15
**hasn't [1]** 11/19
**hat [1]** 37/8
**have [82]**
**haven't [1]** 38/1
**having [2]** 22/11 23/16
**he [154]**
**he's [30]** 2/8 6/23 8/3 8/4 8/4 8/15 8/17 15/9 15/9 16/3 18/7 18/7 18/7 18/7 18/8 18/13 18/24 21/1

22/4 22/16 31/19 31/21 32/3 39/23 40/2 41/10 42/18 44/2 44/7 46/13
**He's very [1]** 15/9
**health [1]** 42/20
**healthy [1]** 21/7
**hear [3]** 13/17 23/23 25/2
**heard [6]** 25/9 35/5 35/18 36/2 39/21 45/8
**hearing [8]** 1/8 3/10 3/17 4/5 10/8 18/14 18/16 18/23
**hearings [1]** 27/22
**heart [1]** 18/12
**held [1]** 32/12
**help [3]** 10/5 17/25 46/13
**helpful [1]** 40/4
**her [1]** 20/8
**here [17]** 2/7 2/8 2/9 6/2 15/13 15/13 15/14 26/11 27/2 29/15 35/14 38/9 38/16 39/13 40/20 41/24 45/18
**Here's [3]** 6/21 9/4 9/6
**hereby [1]** 41/2
**hey [1]** 36/5
**high [2]** 15/3 18/22

**higher [1]** 32/21
**highest [1]** 31/11
**Highland [2]** 15/20 17/13
**him [42]** 2/12 2/14 10/12 10/18 13/5 14/16 14/23 15/2 15/4 16/6 17/3 17/3 17/4 17/8 17/9 18/3 18/20 18/22 19/1 20/19 21/4 21/9 21/15 21/17 22/13 22/23 23/1 23/2 23/15 23/16 23/17 23/17 23/21 23/22 29/25 32/21 39/19 40/4 40/11 42/10 43/11 46/13
**himself [8]** 15/12 16/6 17/1 24/3 32/2 39/15 39/17 40/3
**his [46]** 2/8 2/13 2/15 10/22 15/11 16/13 16/20 16/22 16/23 17/24 18/2 21/2 21/2 21/6 22/3 22/21 23/16 23/21 23/24 25/15 25/16 25/18 25/19 25/23 26/17 26/19 27/10 27/13 27/17 27/18 27/21 28/12 29/25 30/9 31/19 31/24

**H**

his... [10]  32/7 34/5 34/12 39/16 39/18 41/7 44/2 44/4 46/9 46/13

history [8]  12/4 12/6 12/10 35/15 35/17 35/17 37/17 39/14

hmm [2]  21/21 21/21

holding [2]  23/17 23/21

home [4]  16/22 26/17 26/20 43/11

homicides [1]  5/19

honestly [2]  17/8 33/17

Honor [48]  3/4 3/6 3/14 3/18 3/21 4/11 4/15 4/22 5/8 6/11 6/16 10/6 12/7 12/19 19/2 19/6 19/10 19/18 24/8 24/17 24/23 25/5 25/25 26/12 27/24 28/19 29/2 29/13 29/17 29/21 30/10 31/2 31/9 33/17 34/2 34/16 40/15 40/23 44/18 44/20 44/24 45/1 45/5 46/8 46/16 46/18 46/25 47/2

HONORABLE [2]

1/9 48/6

hope [1]  29/21

hopes [1]  27/13

hoping [1]  30/24

Horseshoe [2]  13/25 14/2

host [2]  13/25 14/2

hostess [1]  14/3

hour [1]  27/20

hours [6]  41/6 41/9 42/7 43/1 43/12 43/16

house [7]  7/10 10/23 15/19 15/23 17/4 23/12 27/1

household [2]  21/2 21/8

how [16]  14/12 15/13 16/2 20/12 20/17 20/23 20/24 22/4 23/4 26/6 27/25 28/1 33/18 33/19 38/16 46/17

hung [1]  9/11

hurt [1]  29/25

Hurtado [1]  32/10

**I**

I'll [7]  13/3 25/2 39/24 40/8 41/21 46/9 46/10

I'm [30]  5/3 5/4 5/4 5/7 6/18 8/16 9/1

10/24 11/17 11/20 11/23 11/25 12/3 13/25 14/2 14/2 14/3 18/8 20/8 21/23 29/12 29/13 32/15 33/1 36/15 36/17 40/20 41/22 44/8 44/10

I've [17]  2/17 2/23 3/9 11/10 20/18 23/9 29/18 35/17 38/9 39/19 39/21 40/5 40/6 44/12 44/13 44/14 45/3

idea [2]  11/21 36/1

IG [3]  9/2 10/4 10/15

IGs [1]  10/18

III [2]  12/4 12/10

illegal [1]  44/1

illegally [1]  43/3

Illinois [2]  21/13 26/21

immediately [1] 43/5

Imperial [4]  8/19 10/7 10/13 32/1

important [1]  38/4

importantly [1] 29/21

impose [5]  25/4 28/2 31/8 35/19 44/8

imposed [3]  42/12

**I**

imposed... [2] 44/17 45/6

imposing [2] 35/24 45/9

impressionable [1] 27/6

imprisonment [2] 32/23 41/16

inability [1] 44/5

inapplicable [1] 12/12

Inaudible [1] 10/20

incarceration [1] 27/19

incident [2] 10/6 10/8

incidents [2] 4/14 21/7

inclined [2] 9/19 9/24

include [1] 43/25

included [1] 6/25

including [1] 7/7

incorporate [2] 40/19 41/23

incredible [1] 39/2

incriminate [1] 42/10

INDIANA [8] 1/1 1/13 15/20 20/1 20/1 24/18 46/10 48/6

indicate [1] 4/3

indicated [3] 17/12 26/3 28/18

indicted [5] 33/21 33/22 34/8 34/10 39/5

Indictment [2] 2/12 34/1

indictments [1] 34/9

individuals [1] 10/11

informant [1] 43/19

information [4] 6/4 28/7 29/5 34/12

inquiries [1] 42/8

instance [1] 23/3

instances [1] 27/22

instead [1] 23/2

instructions [1] 42/11

instructive [1] 25/10

intelligent [1] 20/8

intend [2] 40/7 40/17

intending [1] 6/22

intention [1] 40/11

intentionally [1] 43/2

interact [1] 43/8

interested [1] 36/4

interim [1] 39/9

interrupt [1] 8/24

investigation [2] 32/8 33/17

investigations [1] 33/15

involuntarily [1] 42/24

involuntary [1] 45/14

involved [17] 5/12 5/18 8/4 18/18 25/13 25/20 25/24 25/25 26/1 26/12 26/14 27/9 27/16 31/25 33/15 37/14 37/14

involvement [7] 2/14 25/17 25/19 32/10 34/5 34/12 37/10

is [107]

issued [5] 33/4 33/25 34/6 34/7 34/8

it [46] 4/7 4/19 6/4 6/9 6/19 8/3 8/10 9/19 11/8 11/19 11/21 12/17 12/23 13/3 18/12 20/3 21/1 23/15 23/21 25/12 26/14 26/23 27/9 29/17 30/6 33/7 33/25 34/7 34/8 34/19 36/16 36/17 37/6 38/15 38/16 39/18 40/11 40/25 42/14 44/5 44/9 44/22 45/17 46/12

## I

it... [2]  46/14 46/25
it's [33]  2/19 2/21 3/23 3/25 4/7 9/11 10/2 10/17 15/3 20/3 22/15 22/19 22/25 23/14 23/20 27/1 27/1 32/12 32/14 32/20 32/22 34/11 36/13 36/13 37/5 37/9 37/17 38/14 38/20 38/23 39/5 41/1 44/1
itself [1]  37/1
Ivy [3]  14/21 27/13 30/19

## J

J-A-D-E [1]  13/23
J-O-R-G-E [1]  19/24
Jade [5]  13/11 13/18 13/23 22/17 27/12
January [3]  28/4 33/22 34/10
job [7]  14/3 17/23 23/17 28/12 42/23 42/23 46/23
jobs [1]  39/16
joined [1]  30/2
Jorge [3]  19/10 19/19 19/24
JR [3]  1/6 1/16 1/21

Judge [19]  3/11 5/14 6/14 12/17 13/6 24/14 24/15 24/25 25/1 25/6 27/15 27/22 28/14 28/18 33/4 33/7 33/9 45/4 46/21
Judges [2]  34/22 35/1
judgment [6]  12/23 40/25 41/2 41/6 45/8 46/2
Judicial [2]  42/1 42/3
Julian [1]  32/4
June [1]  18/22
Junior [1]  2/7
just [44]  3/9 5/4 7/23 8/22 9/1 11/10 12/15 14/1 16/16 20/13 20/13 21/3 21/4 21/6 21/8 22/9 22/10 22/12 22/13 22/16 22/19 22/22 22/25 23/13 23/15 23/17 23/21 23/23 24/2 24/14 25/1 30/10 31/1 32/16 33/7 33/11 35/10 35/21 36/17 38/19 38/20 40/19 44/12 46/6
justice [2]  26/7 39/3
juvenile [3]  21/25

26/13 26/15
juveniles [2]  26/6 26/7

## K

kbmtriallawyers.com [1]  1/19
keep [2]  23/2 31/14
kept [1]  21/18
kid [3]  20/20 28/9 28/15
kids [3]  23/13 37/4 39/25
kilogram [1]  32/17
kilograms [2]  7/20 31/20
kind [11]  10/19 16/18 17/15 20/21 21/24 22/3 23/3 25/9 27/23 34/24 36/23
King [4]  1/16 5/22 25/12 28/23
Kings [17]  2/14 5/13 8/5 8/18 25/13 25/20 25/20 25/25 26/1 27/3 31/11 31/13 31/17 31/22 31/24 32/4 32/20
know [49]
knowing [3]  21/4 22/11 22/19
knowingly [2]  41/25 43/2

**K**

known [2]  20/17 20/18
knows [4]  8/23 25/14 32/8 43/8
Koelndorfer [1]  1/20

**L**

lack [1]  44/9
lady [1]  19/5
Lake [1]  37/23
LANTER [14]  1/12 2/9 3/5 3/19 6/15 11/11 11/14 12/18 19/4 24/6 31/7 44/19 44/25 46/17
large [2]  4/20 6/2
last [1]  23/23
lately [1]  24/1
later [2]  4/20 39/5
latest [1]  6/24
Latin [19]  2/14 5/13 5/22 8/5 8/18 25/12 25/13 25/19 25/20 25/25 26/1 28/23 31/11 31/13 31/17 31/22 31/24 32/4 32/20
law [7]  26/24 29/22 33/8 35/20 43/16 43/19 45/17
lawful [1]  42/17

lawyer [2]  2/8 39/11
LAZARO [8]  1/5 2/6 20/18 22/12 22/17 23/9 23/25 24/19
Lazarro [1]  1/21
leader [1]  31/15
least [5]  8/20 18/2 34/1 41/16 42/22
leave [4]  12/2 41/25 43/6 46/4
leaves [1]  42/23
left [1]  39/4
less [2]  32/7 39/23
let [3]  3/7 11/2 40/24
Let's [1]  37/1
letter [1]  29/8
level [4]  11/15 12/3 12/9 15/14
license [1]  24/19
life [11]  15/6 18/3 22/21 23/18 27/13 30/5 30/8 30/13 30/17 33/8 38/20
lifestyle [2]  28/6 33/12
lifetime [2]  33/9 33/19
light [1]  32/9
like [24]  13/7 15/3 15/5 15/6 15/10 15/12 16/5 16/6 16/7 18/5 18/21 18/24

18/24 18/25 21/6 22/13 22/16 29/6 32/20 33/14 33/20 34/22 39/4 40/18
likeable [1]  38/11
liked [1]  17/3
list [1]  5/11
Listen [1]  46/22
little [10]  4/6 4/7 14/3 16/1 20/6 21/16 22/8 22/11 29/12 34/20
live [1]  26/18
living [4]  13/24 17/15 33/8 33/12
LLC [1]  1/16
local [1]  41/12
location [2]  43/6 43/11
long [3]  7/14 20/17 38/9
longer [1]  30/5
look [6]  7/21 27/23 28/7 35/3 35/7 35/15
looking [1]  5/4
lookout [1]  31/22
lost [2]  30/1 30/3
lot [3]  36/24 37/15 38/6
loving [1]  20/10
luck [1]  47/1

# M

machine [1]  30/18

made [6]  7/4 27/6 27/7 29/15 29/15 34/18

maintain [3]  17/10 17/24 42/17

maintained [5]  21/10 21/17 27/14 27/17 30/17

maintaining [3]  7/1 7/10 11/16

make [7]  13/16 22/21 27/21 29/4 30/16 40/8 42/16

makes [1]  44/9

making [6]  22/21 25/10 26/8 27/19 28/9 31/3

man [17]  16/19 22/17 22/22 24/3 28/8 28/10 28/10 28/11 28/11 28/13 28/15 28/16 30/7 30/22 31/1 31/4 33/12

mandatory [3]  34/22 41/11 44/8

manner [1]  42/5

map [1]  42/2

marijuana [2]  4/20 8/18

marketing [1]  14/9

marriage [1]  15/6

married [2]  15/21 15/22

Martin [1]  32/9

master's [1]  14/6

material [2]  2/23 3/1

materialistic [2]  18/10 18/11

matter [3]  25/16 25/17 28/24

matters [2]  11/10 29/19

matured [1]  28/6

may [14]  2/10 12/22 13/16 19/7 19/9 19/15 24/9 24/15 31/2 42/9 42/10 42/13 43/24 46/4

May 23rd [1]  2/10

maybe [3]  6/1 9/12 23/1

me [20]  2/10 3/3 3/7 4/8 6/19 9/9 10/5 16/16 22/11 29/5 29/15 30/8 30/12 33/1 36/18 36/21 38/8 39/10 39/11 40/24

mean [5]  6/18 8/4 9/15 10/1 39/1

means [2]  35/24 46/4

meantime [1]  2/17

meet [1]  43/7

meeting [1]  18/20

meetings [2]  9/12 27/10

member [11]  5/16 5/23 8/21 10/3 10/4 10/7 10/14 29/23 31/10 31/12 31/12

members [2]  21/3 31/13

memoranda [1]  2/24

memorandum [3]  25/8 26/3 28/19

memory [1]  30/9

merely [1]  26/1

Merit [1]  48/2

Merrillville [2]  1/17 37/4

met [3]  15/2 18/22 27/12

microphone [1]  13/17

mid [1]  22/15

mid-season [1]  22/15

might [1]  36/19

mind [1]  6/20

mine's [1]  23/11

minimally [1]  33/16

minor [1]  37/24

minutes [1]  11/22

misguided [1]  24/2

misled [2]  22/22

**M**

misled... [1]  24/2

mitigation [2]  29/6
44/22

mm [2]  21/21 21/21

mm-hmm [2]  21/21
21/21

modest [2]  37/17
37/24

modified [1]  34/18

mom [1]  26/17

money [4]  17/16
17/23 17/25 27/21

month [1]  2/20

months [8]  9/20
11/22 12/11 28/20
32/23 34/21 34/22
41/3

mood [1]  44/1

mood-altering [1]
44/1

more [10]  7/8 13/9
16/13 23/10 30/6
32/7 32/23 33/23
37/7 38/4

morning [3]  2/5
13/21 19/11

Most [1]  29/21

mostly [1]  30/18

mother [2]  21/6
23/12

move [1]  16/22

moved [3]  15/18

15/20 21/13

moving [1]  21/15

Mr [4]  10/21 34/15
44/17 46/6

Mr. [75]

Mr. Brown [19]  2/8
3/3 3/8 3/17 4/10
10/5 12/6 12/16 13/4
19/9 19/17 24/13
25/2 29/3 33/1 40/9
44/23 46/15 46/19

Mr. Cabrales [1]
19/25

Mr. Delgado [37]
3/12 3/13 3/15 7/8
7/13 10/9 13/6 14/12
14/14 14/19 15/17
16/22 17/1 17/10
18/6 18/14 18/18
20/15 20/17 21/10
21/24 23/4 24/21
25/6 25/14 25/15
26/11 27/3 27/25
28/20 29/4 31/6
31/10 31/17 34/19
45/8 47/1

Mr. Delgado's [3]
20/24 25/9 32/10

Mr.
Delgado-Gonzalez
[2]  14/10 28/5

Mr. Lanter [13]  2/9
3/5 3/19 6/15 11/11

11/14 12/18 19/4
24/6 31/7 44/19
44/25 46/17

Ms [2]  13/21 13/24

much [3]  4/17 7/8
39/18

multi [1]  32/17

multi-kilogram [1]
32/17

Munster [1]  14/4

Murdaugh [1]  1/16

murder [1]  32/9

music [1]  20/8

must [4]  6/5 30/10
42/25 43/5

my [36]  5/11 9/15
14/6 15/18 15/19
16/14 16/16 17/3
17/6 17/7 20/13
20/13 22/13 23/12
23/12 23/13 29/24
30/3 30/4 30/7 30/8
30/8 30/12 30/15
30/17 30/19 30/21
30/21 30/22 30/24
31/2 31/2 35/8 40/11
40/20 41/23

myself [3]  30/6
30/20 34/23

mystifying [1]  37/7

**N**

name [3]  13/22

**N**

name... [2]  19/22 23/24
narcotics [1]  37/15
naturally [1]  15/5
nature [2]  28/22 35/13
navigates [1]  40/4
near [1]  46/10
necessarily [2]  16/5 31/15
necessary [2]  36/11 44/2
neck [1]  10/9
need [3]  4/5 11/22 45/2
needed [1]  31/13
needs [1]  32/12
neighborhood [14] 4/25 8/11 9/11 10/17 10/22 10/23 20/21 21/5 21/15 23/6 23/7 23/10 31/16 32/19
neighborhoods [1] 31/22
neighbors [1]  30/21
nervous [1]  29/12
never [6]  15/21 15/22 17/5 17/5 30/14 44/6
new [2]  27/19 42/23
next [3]  15/14 19/9 37/7

nine [2]  20/18 43/10
no [32]  1/4 2/22 5/5 6/8 11/21 14/17 15/22 16/19 19/2 19/6 23/10 24/5 24/8 24/14 24/23 25/1 25/12 26/25 29/14 30/5 34/16 36/16 37/18 40/23 44/8 44/18 44/20 45/4 45/5 46/5 46/16 46/18
normal [1]  42/7
normally [1]  4/7
NORTHERN [1] 1/1
Northwest [1]  46/10
not [59]
nothing [5]  17/5 18/24 18/24 18/25 19/1
notice [2]  23/6 46/1
notify [3]  42/21 42/25 43/15
NOVEMBER [5] 1/8 2/22 6/3 6/3 14/17
November 8th [1] 2/22
now [14]  3/23 5/9 6/13 12/20 22/2 22/20 22/21 23/25 26/4 32/14 35/6 39/5

39/7 45/20
number [9]  4/16 5/5 7/6 7/9 32/4 34/24 36/22 40/12 41/20

**O**

oath [3]  13/14 19/12 19/13
objected [1]  38/2
objection [10]  4/9 4/12 5/1 11/17 11/24 11/25 12/5 24/22 40/16 40/21
objections [3]  4/4 11/14 40/9
observed [1]  43/13
obtain [1]  42/17
obtained [1]  27/18
Obviously [1]  17/4
occasion [1]  9/12
occasions [1]  9/13
occupation [1]  42/17
odd [1]  36/13
off [4]  5/11 10/20 11/19 46/13
offender [1]  42/25
offense [12]  12/3 12/9 12/25 25/13 26/25 35/13 35/20 35/21 37/1 37/2 37/10 39/12
offenses [1]  37/24
offer [1]  29/14

## O

office [12] 1/12 6/25 41/8 41/19 42/2 42/2 42/8 42/12 42/18 43/1 43/14 43/24
officer [6] 42/5 42/6 42/21 43/10 43/15 43/17
often [1] 39/24
Oh [3] 15/9 16/21 18/15
okay [16] 5/3 6/12 6/17 9/22 11/8 11/13 13/3 15/21 22/9 29/11 29/12 34/4 34/14 38/17 38/21 40/24
old [12] 16/3 16/7 20/12 20/14 20/18 21/20 26/2 26/15 27/7 29/24 39/6 39/24
one [26] 2/11 2/19 4/13 7/6 8/20 9/10 10/17 11/14 11/19 12/13 14/8 15/12 16/3 18/9 20/2 25/15 31/12 31/17 32/19 35/10 37/7 38/9 40/8 40/9 41/12 41/15
one-off [1] 11/19
ones [2] 7/7 38/9
onslaught [1] 26/4
open [2] 2/1 40/20
opened [1] 10/18
opens [1] 10/18
operate [1] 11/5
operation [1] 31/22
operator [1] 30/18
opportunities [1] 30/20
opportunity [2] 3/16 31/1
opposed [1] 22/21
option [1] 18/3
order [4] 11/23 31/13 45/6 46/9
ordered [3] 2/15 44/7 48/5
ordinarily [1] 45/16
organization [2] 26/12 26/14
oriented [2] 15/9 15/14
other [31] 7/6 8/1 8/20 9/20 9/24 11/13 11/20 14/8 15/17 15/19 24/12 24/14 25/1 29/5 32/4 35/7 35/10 35/11 35/16 36/3 36/3 36/18 37/5 37/8 37/24 38/6 40/3 42/19 43/11 43/22 45/14
others [1] 32/17
otherwise [1] 43/8
our [3] 6/24 10/2 26/5
out [10] 6/6 9/11 15/3 21/15 22/20 23/1 28/6 34/9 37/5 40/13
over [9] 13/3 16/13 16/16 16/16 16/17 21/13 26/18 26/20 37/23
own [6] 15/11 17/13 17/16 23/21 26/19 29/5

## P

P-O-R-T-N-Y [1] 13/23
p.m [3] 41/9 43/12 47/3
paid [1] 17/23
paradigm [1] 34/24
paragraph [2] 9/2 38/1
parent's [1] 15/19
parents [6] 15/18 15/23 17/3 17/7 17/7 17/15
part [5] 5/1 6/2 8/22 29/18 45/21
participate [2] 2/13 43/23
participated [1] 30/14

**P**

participating [1] 7/25

participation [1] 44/4

particularly [1] 37/13

passed [1] 29/24

past [1] 32/13

path [3] 22/10 22/20 33/13

patrolled [1] 31/21

patrolling [1] 32/19

pauperis [1] 46/4

pay [8] 35/8 44/3 44/5 44/5 44/6 44/7 44/10 46/3

paying [1] 30/21

peace [1] 31/3

people [14] 15/12 18/9 23/8 24/2 32/14 32/19 32/20 32/21 34/11 36/4 36/14 37/7 37/11 38/19

perception [1] 16/19

perfect [1] 46/6

periodic [1] 41/16

periphery [1] 30/13

permission [2] 42/1 43/20

permit [8] 24/19 33/10 33/11 33/19 33/20 37/18 43/10

43/12

permitted [2] 3/25 4/1

person [14] 15/4 18/7 22/18 24/1 30/7 30/16 33/19 33/19 35/16 39/10 39/10 39/11 41/8 43/8

personal [2] 35/15 35/17

petition [1] 42/13

PHILIP [2] 1/9 48/6

Phipps [3] 48/2 48/8 48/8

Phone [1] 1/14

physical [1] 26/19

place [5] 15/11 17/13 17/16 35/3 40/11

placed [3] 3/23 41/4 46/11

plague [3] 37/2 37/3 37/4

plain [1] 43/13

planning [1] 43/9

Plans [1] 15/1

played [1] 29/18

playing [1] 23/12

Plaza [1] 1/13

plea [9] 2/15 10/8 12/20 13/1 25/21 45/13 45/15 45/21 45/22

please [4] 13/12 13/21 19/11 19/22

pled [1] 2/11

plus [1] 35/17

point [11] 5/16 6/25 7/5 7/12 7/18 9/15 17/12 18/2 26/23 32/11 35/2

Police [3] 33/14 33/16 34/13

poor [1] 30/16

portends [1] 39/19

Portny [5] 13/11 13/18 13/21 13/23 13/24

portrayed [1] 18/23

portraying [1] 18/25

position [4] 6/23 32/12 32/16 32/22

positive [4] 23/13 23/18 23/18 29/22

possess [3] 7/20 29/22 41/13

possessed [6] 4/13 4/24 5/2 5/6 8/14 31/23

possessing [2] 32/18 43/21

possible [2] 32/14 46/10

posted [4] 8/11 9/11 27/9 31/21

posting [4] 4/24 5/6

**P**

posting... [2] 10/17 32/18

pot [1] 38/17

pounds [1] 8/17

pray [2] 28/14 29/16

predominantly [1] 28/25

preparation [1] 2/15

prepared [1] 10/24

presence [1] 43/3

present [10] 1/21 7/5 8/20 13/7 18/16 27/17 29/5 32/3 43/5 45/25

presented [3] 4/8 9/9 36/18

presentence [16] 2/16 2/17 2/19 3/9 3/17 3/22 5/22 6/7 9/8 36/17 37/21 38/1 38/24 40/13 40/19 41/23

presenting [3] 6/22 7/10 7/17

prevent [1] 35/25

previous [1] 30/12

primary [1] 11/16

prior [6] 18/20 22/3 27/15 27/16 37/18 42/22

Prisons [5] 28/20 40/11 41/3 41/7 44/3

probation [19] 1/20 6/25 37/19 37/21 41/8 41/18 42/2 42/2 42/5 42/6 42/8 42/12 42/18 42/21 43/1 43/10 43/14 43/15 43/24

problem [2] 9/4 9/6

procedure [3] 40/17 40/22 45/12

proceed [1] 10/24

proceeding [2] 7/23 45/15

proceedings [5] 1/24 2/1 3/2 47/3 48/4

produced [1] 1/24

productive [2] 23/8 38/23

proffer [1] 18/17

program [4] 43/23 44/4 46/12 46/14

promotes [1] 35/20

protective [2] 16/13 16/16

proud [5] 20/8 22/23 23/15 23/22 30/23

prove [3] 9/20 9/23 16/6

proved [1] 17/1

provide [2] 27/21 42/2

provided [2] 5/22 6/4

provides [1] 35/21

providing [2] 11/9 18/17

pull [1] 23/20

punishment [2] 29/6 35/21

Purdue [2] 14/6 14/9

purpose [1] 11/16

purposes [2] 3/2 13/1

pursuant [2] 40/25 45/11

pursue [1] 46/5

put [4] 16/7 18/24 27/15 35/8

puts [1] 38/15

**Q**

quantity [3] 4/9 4/20 7/15

question [3] 33/1 40/9 42/9

questioned [1] 43/16

questions [4] 19/2 19/4 24/5 24/6

quite [2] 33/9 33/17

**R**

racketeering [2] 2/12 2/13

raise [2] 13/12 19/12

raised [2] 4/4 30/7

ran [1] 26/24

# R

range [12]  6/24 8/1 8/7 9/18 9/18 9/25 12/9 12/10 12/11 12/12 35/7 35/11
ranking [1]  31/11
rare [1]  28/3
rbrown [1]  1/19
react [1]  27/25
read [1]  40/17
reading [2]  10/1 36/15
real [2]  31/4 36/5
realized [2]  30/4 30/6
really [11]  17/6 17/6 17/23 18/7 18/12 21/24 23/18 27/10 27/23 38/8 39/14
Realtime [1]  48/3
reason [4]  27/1 40/20 41/21 45/24
reasonable [5]  35/2 35/4 39/8 42/16 43/11
reasonably [1]  42/6
reasoning [1]  41/23
reasons [5]  7/6 7/9 42/19 44/14 44/16
Rebeles [1]  32/4
recall [2]  10/7 21/20
receive [4]  3/8 7/8 11/15 39/23

received [4]  2/17 2/24 3/20 6/5
receiving [1]  12/1
recent [1]  33/23
recently [2]  6/5 32/6
recommend [1] 46/11
recommendation [1] 4/2
recommendations [1]  31/8
record [11]  2/5 3/23 4/6 10/20 11/11 13/22 19/23 36/20 40/18 41/21 44/15
reduction [1]  12/1
reference [1]  40/19
referenced [2]  3/9 11/14
referencing [1]  5/7
referred [1]  10/13
reflected [1]  37/25
reflects [2]  12/24 35/19
refrain [1]  43/21
refuse [1]  42/9
regarding [1]  42/14
regards [2]  10/6 18/6
Registered [1]  48/2
rehash [1]  25/6
relate [1]  42/12
relates [1]  8/10

relating [2]  2/13 4/12
relationship [7] 14/13 14/16 14/23 15/16 17/9 21/10 21/17
release [7]  12/12 28/21 40/12 41/5 41/7 41/15 44/2
released [1]  40/10
relevant [1]  31/19
relief [1]  42/13
rely [1]  31/13
remain [1]  29/11
remember [1]  21/15
remind [1]  46/6
report [21]  2/16 2/18 2/19 3/9 3/17 3/20 3/22 3/25 4/2 5/22 6/7 9/9 36/17 37/21 38/1 38/24 40/13 40/19 41/8 41/23 42/4
reported [1]  1/24
REPORTER [4] 48/1 48/2 48/3 48/9
request [1]  28/19
requested [1]  47/5
residence [5]  7/1 7/2 11/16 42/22 42/25
Residential [1] 46/11
resolve [1]  4/5

**R**

resonating [1] 37/22
respect [2] 35/20
39/2
respected [2] 30/21
30/23
respectful [2] 17/6
17/6
respectfully [2]
28/14 28/19
responsibility [6]
7/13 12/1 25/15
25/16 25/21 25/23
responsible [3] 7/7
7/19 40/2
rest [1] 31/3
restaurant [1] 14/3
restitution [1] 12/12
resume [4] 24/20
27/15 27/15 27/17
retrieved [1] 4/21
returned [1] 10/11
review [2] 3/16
40/14
reviewed [3] 2/23
2/24 3/2
revocation [1] 44/6
revoked [1] 37/21
ridiculous [3] 37/5
37/9 38/21
right [37] 2/5 3/7
3/12 3/15 3/19 3/20
4/21 5/13 6/1 6/10

11/11 12/6 12/20
13/13 13/16 13/17
15/3 18/22 18/25
19/7 19/12 22/20
22/20 24/9 25/2
27/18 29/3 29/4 31/1
32/25 33/13 34/17
45/8 45/16 45/21
45/23 46/19
rise [1] 2/3
robbery [1] 4/21
roll [1] 10/18
rolling [1] 23/2
rough [1] 38/13
Rule [1] 45/11
Rules [1] 45/12
rulings [1] 12/14
running [1] 20/19
RUSSELL [1] 1/16

**S**

S/Angela [2] 48/8
48/8
sad [2] 22/19 22/25
safety [1] 27/5
said [7] 12/8 13/3
14/1 16/6 17/12
18/21 21/6
same [4] 6/2 20/21
23/5 32/8
satisfied [1] 12/24
save [1] 17/15
say [7] 13/4 15/15

16/18 25/3 29/6
34/11 34/15
saying [1] 22/16
says [1] 5/5
says denies [1] 5/5
scale [3] 35/9 37/12
37/12
scenario [1] 32/2
school [8] 14/5
14/24 15/3 17/10
17/20 18/22 27/13
27/20
schooling [2] 20/9
42/18
scientific [1] 26/4
scraps [1] 22/15
seal [1] 3/23
sealed [1] 3/25
searching [1] 27/4
season [2] 22/14
22/15
seated [4] 2/4 13/16
19/15 29/11
second [6] 2/21 6/8
8/24 14/3 41/13 42/4
Secondly [1] 29/20
section [2] 4/2 41/1
see [8] 5/7 22/14
22/23 22/25 23/22
27/23 28/5 30/24
seeing [1] 20/19
seek [1] 42/13
seeking [1] 27/3

**S**

seem [1] 38/11
seemed [1] 30/12
seems [1] 38/12
seen [9] 21/24 22/3
22/13 22/17 23/4
23/9 23/14 23/25
38/9
selling [2] 8/17 43/3
sense [5] 26/17 27/4
27/4 27/5 30/2
sentence [37] 9/20
9/24 12/23 13/5 25/3
28/1 28/14 28/19
28/23 31/8 32/16
32/22 32/24 34/21
35/2 35/4 35/8 35/19
35/25 36/2 36/8
36/11 37/20 38/4
39/9 39/23 40/6
40/25 44/12 44/13
44/17 45/3 45/6 45/9
45/16 46/10 46/13
sentencing [18] 1/8
2/7 2/24 7/24 10/25
13/2 25/8 25/11 26/3
27/22 28/18 28/24
29/1 34/18 34/18
34/20 35/6 36/12
separate [1] 2/18
serial [1] 38/24
serious [6] 25/13
37/2 37/10 37/15
39/23 42/20
seriously [1] 37/6
seriousness [2]
12/25 35/20
serve [1] 46/9
service [1] 46/23
set [5] 4/3 6/6 34/24
36/14 40/13
setback [1] 23/2
seven [3] 39/5 39/15
43/2
severe [1] 28/22
shall [22] 3/24 41/8
41/10 41/12 41/13
41/14 41/17 41/25
42/4 42/7 42/11
42/16 42/21 43/2
43/7 43/10 43/12
43/15 43/18 43/21
43/23 44/3
shared [1] 34/12
shoot [2] 5/23 8/21
shooting [9] 8/19
8/20 10/2 10/4 10/12
10/13 31/16 37/4
37/8
shootings [1] 36/19
shootout [2] 31/25
32/5
shot [5] 5/15 9/2
10/9 32/1 32/1
should [10] 3/13
9/18 11/15 25/3 26/7
29/10 31/8 39/22
44/17 46/7
show [3] 31/2 33/8
33/11
shows [1] 18/13
siblings [1] 16/9
side [1] 45/2
sign [1] 37/9
significance [1] 33/2
significant [1] 38/4
similarly [2] 7/6
36/9
similarly-situated
[1] 36/9
SIMON [2] 1/9 48/6
since [3] 20/18 20/19
20/19
sincerely [1] 29/20
sincerity [1] 30/25
single [1] 38/20
sir [7] 19/11 19/22
24/9 29/7 30/24
38/18 47/1
sits [2] 26/11 28/8
sitting [3] 18/25
28/13 28/15
situated [2] 7/6 36/9
situation [1] 28/3
six [9] 5/16 8/21
10/3 14/13 15/4
20/14 28/16 39/15
42/21
slackers [1] 16/5

# S

slate [1] 37/16
slew [1] 6/7
slowly [1] 36/23
small [1] 29/8
smart [2] 38/8 38/11
smoking [2] 38/17 38/20
so [62]
society [1] 29/23
some [12] 5/16 5/21 6/5 8/4 9/12 17/12 18/17 26/18 37/17 37/20 38/15 45/14
somebody [2] 36/21 39/4
somehow [1] 45/13
someone [1] 23/6
someone's [1] 23/18
something [3] 18/12 23/14 37/22
sometime [2] 3/10 34/6
somewhat [1] 37/17
somewhere [1] 8/7
son [1] 20/13
sons [1] 20/9
soon [1] 14/19
sorry [8] 8/16 12/3 13/25 14/2 18/8 18/8 21/23 29/20
sort [8] 6/1 6/2 10/17 35/1 36/13

36/24 37/22 37/23
source [1] 35/1
Spanish [1] 32/5
speak [2] 13/17 36/17
special [2] 12/13 44/7
specific [3] 23/3 35/23 35/24
spell [2] 13/21 19/22
Sr [1] 32/10
stage [1] 26/9
stages [1] 21/25
stand [2] 29/10 30/24
standing [2] 29/14 31/4
start [3] 14/14 38/20 42/4
started [3] 26/14 26/15 30/18
starting [2] 22/14 35/1
state [9] 13/21 19/22 24/18 33/14 33/16 34/13 40/24 41/12 41/21
stated [2] 44/17 45/7
statement [1] 29/4
STATES [8] 1/1 1/3 1/9 1/12 2/6 12/21 26/5 41/1
statutory [1] 13/1

stay [2] 17/4 23/13
stayed [2] 15/19 15/23
staying [2] 15/17 26/21
stenotype [1] 1/24
step [2] 19/8 24/9
stepfather [1] 21/6
still [5] 4/16 14/16 17/7 17/7 21/17
stipulations [1] 12/14
stolen [1] 4/20
stop [2] 38/17 38/25
stopped [1] 27/20
stopping [1] 17/20
stored [3] 4/19 9/12 11/22
storing [2] 7/1 11/16
straight [1] 39/16
street [1] 37/5
streets [2] 20/19 22/9
strenuous [1] 33/10
stress [1] 30/10
strike [1] 38/8
struck [1] 27/24
submissions [1] 6/25
submit [1] 41/15
subsequent [1] 30/11
substance [4] 41/14 41/17 43/4 43/24

## S

substances [2] 44/1 44/1

substantial [1] 36/21

substantially [1] 44/13

successful [1] 17/18

successfully [1] 46/14

such [1] 42/19

suffered [1] 26/20

suffering [1] 26/19

sufficient [2] 32/17 36/11

Sugars [1] 20/1

suggest [5] 34/21 35/4 35/5 39/22 44/14

Suite [1] 1/13

sum [1] 3/1

Superceding [1] 2/11

supervised [4] 12/12 28/21 40/12 41/4

supervision [5] 40/12 40/14 40/18 41/10 42/4

support [10] 7/17 11/18 11/23 17/25 21/4 21/9 22/11 22/12 28/12 39/17

supported [1] 22/24

supporting [1] 20/11

supports [2] 31/17 32/20

supposed [2] 23/7 26/21

Supreme [2] 26/5 34/17

sure [16] 10/10 11/20 13/10 13/16 15/15 16/3 16/5 16/21 16/21 17/3 18/1 24/16 29/9 32/15 33/2 34/14

suspect [1] 33/18

suspended [1] 37/20

sustain [3] 11/17 11/24 11/25

sweat [1] 23/1

sworn [3] 13/13 13/18 19/19

system [4] 21/4 22/12 26/5 26/8

## T

tail [1] 36/14

take [14] 6/19 18/9 18/10 19/12 26/23 32/15 35/10 35/12 35/18 36/6 37/5 37/25 39/7 46/13

taken [5] 3/24 7/2 39/19 40/5 44/21

taking [3] 14/20 31/3 39/25

talk [4] 14/24 14/24 21/1 37/1

talked [2] 12/15 34/20

task [1] 33/14

taxes [1] 30/22

teams [1] 22/13

Teamsters [1] 20/3

Tech [3] 14/21 27/13 30/19

teenager [1] 24/2

tell [5] 6/19 16/1 18/5 20/6 22/8

telling [1] 34/11

tells [1] 25/18

ten [4] 11/22 11/22 42/22 43/15

tendered [1] 24/19

tendering [1] 24/17

term [1] 41/3

terminated [1] 42/24

terms [2] 40/12 40/14

test [1] 41/15

testimony [2] 10/8 25/8

testing [1] 43/25

tests [1] 41/16

than [8] 4/7 7/8 10/3 30/6 32/23 36/11 37/7 40/3

thank [16] 19/2 19/7

**T**

thank... [14]  19/16 19/18 24/9 24/11 24/25 25/5 29/2 29/3 31/6 34/16 46/22 46/24 46/25 47/2

that [266]

that's [28]  2/22 3/1 4/11 4/15 4/22 5/1 5/10 5/14 5/17 5/20 5/25 6/11 9/3 9/8 9/25 10/3 21/22 28/11 28/12 28/13 28/15 29/11 36/6 38/25 39/7 39/18 40/3 43/13

their [6]  4/9 12/5 26/8 26/8 38/20 45/21

them [5]  10/19 23/16 31/18 34/23 39/25

then [13]  2/20 2/21 4/20 9/24 11/8 12/8 22/2 23/23 23/25 26/20 36/22 41/4 46/15

theory [1]  45/25

there [21]  2/20 2/21 7/14 10/8 11/13 11/22 13/4 13/17 14/20 15/16 18/5 18/25 21/9 21/13 21/19 27/1 34/25 41/11 45/14 45/18 45/20

there's [14]  2/18 4/16 5/21 6/7 12/13 25/12 27/22 32/6 36/5 36/16 36/24 38/6 40/12 41/20

thereafter [2]  14/19 41/16

these [18]  3/2 6/23 8/23 9/20 11/13 23/23 29/18 33/15 36/12 36/15 37/2 37/3 37/6 38/4 38/19 39/3 39/24 41/22

they [19]  10/18 17/3 17/4 17/5 17/7 22/16 25/19 31/14 31/18 32/21 34/21 35/5 36/15 37/8 37/9 37/19 39/6 39/6 42/12

they're [10]  18/24 18/25 23/7 24/24 34/25 37/3 37/4 39/5 39/7 39/25

they've [1]  39/3

thing [1]  10/19

things [20]  4/16 7/21 7/22 7/24 8/2 9/21 9/24 15/5 15/6 15/10 18/10 18/11 23/18 33/20 36/19 36/24 38/3 38/6 39/19 40/5

think [18]  33/11 34/5 34/11 37/20 38/3 38/11 38/14 38/15 39/7 39/16 39/17 39/22 40/1 40/3 45/13 45/17 45/24 46/23

thinking [1]  24/3

third [3]  2/11 2/21 41/14

Thirteen [1]  43/23

this [78]

thoroughly [2]  3/16 29/13

those [19]  3/22 6/9 7/16 7/17 8/1 9/23 10/11 11/10 12/2 15/12 16/4 18/9 28/9 34/22 38/3 40/5 40/14 40/21 45/23

though [1]  30/16

thought [4]  9/1 18/2 30/3 30/3

three [8]  2/18 7/19 12/13 20/7 31/20 32/16 32/24 42/7

three-and-a-half [2] 7/19 31/20

threw [1]  37/9

through [6]  4/21 14/23 20/2 20/23

## T

through... [2] 21/24 25/9

throughout [4] 7/25 21/10 22/6 26/5

thumb [1] 35/9

time [29] 2/15 2/16 5/16 7/14 10/16 13/11 14/20 15/16 18/2 21/13 21/19 22/6 23/23 26/12 27/18 29/16 30/11 30/11 31/19 32/8 32/11 34/13 38/10 39/11 39/14 42/22 43/11 44/2 46/13

times [5] 4/24 22/20 23/10 37/21 37/22

Title [1] 41/1

today [13] 3/10 3/17 4/5 6/22 7/23 10/25 11/9 25/9 29/14 30/24 38/16 39/21 41/24

together [4] 18/21 21/11 23/17 27/15

too [2] 21/1 21/7

took [2] 7/21 25/21

tore [1] 30/3

total [2] 3/1 12/3

tough [1] 36/13

track [1] 30/17

training [1] 42/18

transcribed [1] 48/5

transcript [4] 1/8 1/24 47/5 48/4

transcription [1] 1/25

treated [1] 26/7

tried [2] 21/4 22/12

trouble [1] 26/24

troubled [5] 26/16 28/9 28/9 28/15 28/16

true [1] 48/4

trust [1] 17/3

trusted [2] 17/4 30/21

truthful [1] 42/10

try [3] 21/8 35/19 36/8

trying [5] 22/21 23/13 35/2 35/7 36/7

tug [3] 36/24 38/3 38/6

turn [2] 5/23 13/3

turnaround [1] 23/16

turned [3] 20/13 20/13 27/12

turning [1] 20/14

Twelve [1] 43/21

two [17] 5/16 6/25 7/5 8/21 10/3 11/13 11/15 13/7 14/8 14/21 20/9 28/21 36/14 39/21 40/11 41/4 41/16

two-level [1] 11/15

two-point [2] 6/25 7/5

type [1] 31/12

typical [2] 16/4 16/18

## U

U.S [3] 39/1 39/2 41/8

Ultimately [1] 36/8

unable [1] 46/3

uncovered [1] 32/11

under [5] 3/23 23/1 34/23 39/17 45/16

undermine [1] 13/1

understand [13] 4/8 4/19 6/9 8/8 11/2 11/8 12/4 14/1 23/25 32/6 33/2 36/5 37/13

understanding [2] 10/2 28/22

unfortunately [1] 26/20

union [2] 20/2 20/3

unions [1] 20/2

UNITED [8] 1/1 1/3 1/9 1/12 2/6 12/21 26/5 41/1

unlawful [1] 45/14

unlawfully [1] 41/13

**U**

unless [1] 42/17
unlikely [1] 44/9
unreasonable [1] 42/15
until [2] 18/21 36/22
unwarranted [1] 36/9
up [25] 4/24 5/6 8/11 9/11 10/17 10/19 14/17 15/5 16/7 17/15 17/20 20/21 20/23 25/19 27/9 27/11 29/10 31/16 31/21 32/7 32/18 32/21 36/22 37/9 38/19
upbringing [4] 20/24 21/2 26/16 38/13
upon [1] 45/9
upstanding [1] 31/1
us [3] 20/6 23/5 34/11
use [2] 41/13 41/16
used [4] 5/23 26/4 34/19 34/22
user [1] 38/24
using [1] 43/3
USPO [1] 1/20

**V**

variety [1] 39/16

various [3] 3/23 4/3 4/24
verbally [1] 42/3
verified [1] 28/7
versus [1] 39/10
very [26] 4/17 15/9 15/9 15/14 16/6 16/7 17/6 18/8 18/8 18/8 18/13 18/13 20/7 20/10 20/10 25/13 27/6 27/22 37/6 37/10 38/11 38/13 38/14 39/18 39/18 39/21
view [8] 4/18 9/10 9/14 9/15 36/20 37/10 37/15 43/13
violence [3] 30/14 37/12 37/14
violent [1] 30/16
VIP [2] 13/25 14/2
visit [1] 43/11
visiting [2] 23/11 23/11

**W**

waive [2] 44/10 45/21
waived [2] 45/15 45/22
waiver [2] 45/18 45/24
waivers [1] 45/23

walk [1] 37/16
walking [1] 10/22
want [7] 11/2 21/1 31/1 34/15 40/9 46/2 46/22
wanted [6] 6/6 14/22 15/10 15/10 15/11 15/11
wants [1] 33/18
was [107]
wasn't [1] 33/25
wave [1] 34/9
way [8] 4/7 4/17 18/17 23/19 26/13 35/4 35/8 37/8
ways [2] 15/13 30/5
we [48] 3/11 5/1 7/4 7/21 7/23 8/21 13/6 13/7 13/7 14/13 14/17 15/18 15/18 15/19 15/20 18/21 20/10 20/22 21/3 21/3 21/5 21/7 21/8 21/18 22/9 22/12 22/12 22/22 22/23 23/14 23/14 23/15 23/20 23/22 23/23 23/25 24/3 25/8 27/2 28/3 28/5 28/7 28/19 28/22 28/23 33/20 33/25 34/20
We do [1] 33/20
we'll [2] 13/11 19/10

## W

we're [4]  2/5 2/7 7/9 22/14
we've [1]  12/15
weapon [1]  43/22
weed [1]  38/20
weight [1]  25/22
well [7]  2/19 5/24 8/16 9/25 27/25 38/7 39/18
went [6]  9/12 14/21 22/10 26/20 26/24 27/9
were [21]  2/1 7/14 10/12 14/13 14/18 15/21 17/15 17/18 18/16 21/3 22/22 22/23 23/15 23/20 23/22 23/23 25/7 34/11 39/6 46/19 47/3
weren't [2]  21/7 37/13
what [39]  3/2 3/13 5/7 6/12 6/19 8/3 10/16 13/24 14/7 16/1 16/18 18/24 18/25 20/23 22/14 22/15 23/7 25/11 25/13 25/16 25/23 27/2 27/3 28/5 31/14 31/18 32/21 35/3 35/5 35/14 35/24

36/15 39/8 39/9 39/13 40/17 40/19 41/21 44/13
What's [1]  33/2
whatever [2]  9/19 45/24
whatsoever [1]  19/1
when [25]  8/14 14/14 14/18 14/19 15/2 15/16 18/12 21/19 22/22 24/1 25/18 26/1 26/13 26/14 26/15 28/4 29/24 30/3 32/4 33/21 34/5 34/8 39/6 39/8 43/5
where [14]  6/21 10/8 10/18 18/16 19/25 21/4 26/16 26/23 27/19 27/23 32/1 34/20 39/4 45/22
whether [8]  4/13 4/23 5/12 5/15 5/18 9/2 11/14 44/22
which [11]  7/6 8/21 24/18 24/20 29/15 29/15 29/16 38/1 43/24 45/20 46/12
while [6]  5/6 21/16 26/14 30/1 31/11 41/10
who [21]  5/22 10/23 20/8 22/10 23/7

23/18 24/1 35/16 36/4 36/21 39/4 39/9 39/10 39/11 39/13 39/22 39/23 39/24 39/25 43/3 43/8
who's [1]  23/6
whole [4]  6/4 6/7 35/7 35/11
why [3]  17/22 25/18 44/16
wide [2]  37/12 37/12
wide-scale [2]  37/12 37/12
will [12]  10/14 12/23 13/1 29/17 29/21 30/25 33/1 36/4 41/4 42/2 44/9 46/12
wish [4]  13/4 25/3 29/4 46/7
withdrawing [1]  5/2
withdrawn [4]  4/9 4/12 5/9 12/5
within [7]  9/25 26/17 41/6 41/15 43/1 43/16 46/1
without [4]  29/25 29/25 42/1 43/19
witness [5]  13/18 19/9 19/19 24/4 24/7
witnessed [1]  23/14
witnesses [5]  13/7 24/12 24/14 39/21 39/22

## W

witnessing [1]  23/21
wonder [1]  17/8
wondering [1]  34/8
word [2]  6/19 14/1
words [1]  35/16
work [3]  16/4 39/3
39/14
working [1]  30/22
world [1]  30/1
worse [1]  40/1
would [34]  4/7 4/18
7/16 7/23 9/18 9/24
11/18 11/21 12/2
12/9 12/10 12/11
12/12 13/7 13/12
15/15 16/2 16/18
18/5 19/11 20/23
20/24 22/4 23/10
23/10 23/11 23/12
26/10 28/14 29/6
30/22 36/3 40/18
45/16
would-be [1]  36/3
wouldn't [1]  9/19
wow [1]  9/23
writer [1]  38/10
wrong [6]  22/10
23/19 24/2 27/6 27/7
37/8
wrote [1]  29/8

## Y

yeah [11]  10/10
14/21 15/2 15/9
15/10 16/15 16/24
17/3 18/15 21/15
34/4
year [4]  2/11 12/22
20/14 33/22
years [24]  12/13
14/13 14/21 15/4
20/18 21/20 26/2
26/15 27/7 28/16
28/16 28/21 29/24
32/9 32/16 32/24
34/24 36/22 39/5
39/6 39/16 39/24
40/11 41/4
yes [48]  3/4 3/6 3/14
3/18 3/21 5/8 6/16
8/6 8/9 8/25 9/7 11/1
11/7 12/19 13/15
15/25 16/12 17/11
17/14 17/17 17/19
18/1 18/4 18/15
18/19 18/21 19/14
20/3 20/5 20/16
20/22 21/12 21/18
21/22 21/23 21/23
22/5 22/7 25/20 27/9
31/9 34/2 38/18
38/22 45/1 45/10
46/8 46/21
yesterday [1]  20/14

yet [1]  16/22
you [194]
you're [11]  4/23
5/12 5/15 5/23 15/3
36/1 38/10 38/10
38/10 38/24 46/3
you've [15]  4/12 8/7
9/9 18/14 21/24 22/3
22/3 23/4 35/5 37/14
37/17 37/18 38/17
45/8 45/22
young [13]  19/5
20/20 22/2 22/9
23/19 27/7 28/8
28/10 28/10 28/11
28/11 28/16 37/4
your [96]