UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cr-72 |
| ) | |
| ANTON L. JAMES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the court on the Motion to Withdraw Appearance [DE 2774] filed by the United States of America on October 9, 2020. The court, being duly advised, **GRANTS** the motion. The appearance of Joseph A. Cooley, Assistant United States Attorney, is **WITHDRAWN**.

ENTERED this 9th day of October, 2020.

/s/ Andrew P. Rodovich
United States Magistrate Judge